United States District Court
Southern District of Texas
MAR 2 5 2002
Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT S. HOWELL, D.C., FIRST RIO VALLEY, P.A.,; EAST SIDE SURGERY CENTER, INC.; U.S. IMAGING, INC.; U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC.; FANNIN STREET IMAGING, INC.; EAST SIDE IMAGING, INC.; STEEPLECHASE DIAGNOSTICS, INC.; SAN ANTONIO DIAGNOSTICS IMAGING, INC., For Themselves and All Other Similarly Situated, §§§§§§§§§§§§ | |
| Requestor/Claimants, §§ | |
| v. §§ | |
| TEXAS MUTUAL INSURANCE COMPANY; COMBINED INDEPENDENT AGENCIES, INC.; GAB ROBINS NORTH AMERICA, INC.; AIG CLAIM SERVICES, INC.; BERKLEY RISK ADMINISTRATORS OF TEXAS, INC. on Behalf of Texas Political Subdivisions; CNA INSURANCE COMPANY; THE UNIVERSITY OF TEXAS AT AUSTIN, TEXAS; TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL; ZURICH AMERICAN INSURANCE CO.; GATES McDONALD; TRAVELERS INDEMNITY COMPANY OF CONN.; ATLANTIC MUTUAL INSURANCE CO.; TIG INSURANCE COMPANY; THE WAUSAU INSURANCE COMPANY; CRAWFORD & COMPANY; CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC., §§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-02- 056 |
| Respondents. §§ | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Aetna U.S. Healthcare Inc., Aetna U.S. Healthcare of North Texas Inc. and Aetna Health

Management, Inc. (the "Aetna Defendants") file this Notice of Removal of the action brought

against them by Robert S. Howell, D.C., First Rio Valley, P.A., East Side Surgery Center, Inc.,

U.S. Imaging, Inc., U.S. Anesthetic, P.A., Fort Bend Imaging, Inc., Fannin Street Imaging, Inc.,

East Side Imaging, Inc., Steeplechase Diagnostics, Inc., San Antonio Diagnostics Imaging, Inc.

(collectively "Plaintiffs").  The grounds in support of this Notice of Removal are as follows:

      1.   **The State Court Action, Parties and Pleadings.**  Defendants are named as

parties in a civil action filed by Plaintiffs on or about December 7, 2001, in the 107th Judicial

District Court of Cameron County, Texas ("State Court Action").  The Aetna Defendants were

joined as parties by Plaintiffs' Second Amended Petition filed on February 5, 2002. An Index of

Pleadings, Orders and Executed Citations is attached to this Notice of Removal as Appendix A.

An Index of Counsel and Parties is attached to this Notice of Removal of as Appendix B.

      2.   **Service of Citation.**  Aetna U.S. Healthcare of North Texas Inc. was served with

or otherwise received a copy of the Second Amended Petition on or about February 26, 2002.

Aetna U.S. Healthcare Inc. was served with or otherwise received a copy of the Second

Amended Petition on or about March 11, 2002. Aetna Health Management, Inc. was served with

or otherwise received a copy of the Second Amended Petition on or about February 27, 2002.

All executed process is attached to Appendix A to this Notice of Removal.

      3.   **The Aetna Defendants' Motion to Transfer Venue and Original Answer.**

The Aetna Defendants filed a Motion to Transfer Venue and Original Answer subject thereto on

March 18, 2002, to preserve their venue arguments and avoid the entry of a default judgment

against them.

      4.   **This Notice is Timely Pursuant to 28 U.S.C. § 1446(b).**  Although not

originally removable, Plaintiffs' Second Amended Petition, joining the Aetna Defendants as

parties, asserts claims falling within the civil enforcement provision of the Employee Retirement

Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 *et seq.* and the matter is now removable to federal court pursuant to 28 U.S.C. § 1441(b) and (c). The State Court Action is being removed within the statutorily allowed thirty day period after the date the first of the Aetna Defendants was served with or otherwise received a copy of the amended pleading, from which it was first ascertainable that the case had become removable. Specifically, the State Court Action is being removed within thirty days of February 26, 2002, the date that Aetna U.S. Healthcare of North Texas Inc. was served with or otherwise received a copy of Plaintiffs' Second Amended Petition.

     5.    **ERISA Complete Preemption Raises a Federal Question.** Plaintiffs' State Court Action as pleaded in their Second Amended Petition may be removed to this Court because their claims against the Aetna Defendants arise under the laws of the United States. Plaintiffs' generally allege that they have submitted medical bills to all defendants and that "respondents have failed to pay interest on all medical bills which were paid after 60 days of receipt." *See* Second Amended Petition at p. 21, ¶ 3.1. While Plaintiffs allege generally that they submitted such medical bills to "defendants" pursuant to Texas Workers' Compensation laws, the Aetna Defendants do not administer any workers' compensation coverage or benefits. In fact, none of the Aetna Defendants or their affiliates have administered any workers' compensation coverage or benefits during the time period for which Plaintiffs sue.[1] While Aetna

---

[1]    In fact, none of the Aetna Defendants are even covered by the very regulation upon which Plaintiffs' purport to sue. Specifically, 28 T.A.C. § 133.304(q) applies only to payments made by "insurance carriers." The term "Insurance Carrier" is defined as

> a person authorized to conduct and admitted to by the Texas Department of
> Insurance to do insurance business in this state under a certificate of authority
> that includes authorization to write workers' compensation insurance, or a
> certified self-insurer for workers' compensation insurance.

28 T.A.C. § 133.1(a)(10). Aetna U.S. Healthcare Inc. and Aetna U.S. Healthcare of North Texas Inc. are health maintenance organizations that provide claims administrative services including processing claims for medical

U.S. Healthcare Inc. and Aetna U.S. Healthcare of North Texas Inc. do administer group medical benefits, they do so pursuant to group coverage issued to employers and employer groups that have established and maintain employee welfare benefit plans pursuant to the Employee Retirement Income Security Act of 1974, as amended, (ERISA), 29 U.S.C. § 1001 *et seq.* (the "Plan"). Plaintiffs submission of claims for medical benefits to the Aetna Defendants would have been pursuant to assignments of benefits received from their patients.[2]   As such, any medical claims administered by the Aetna Defendants (or any of their affiliates) during the time period alleged in Plaintiffs' Second Amended Petition necessarily include medical claims submitted and paid pursuant to the terms of ERISA plans.   Such claims are separate and independent from any claims Plaintiffs may have against other defendants in this action that may arise under workers' compensation laws. 28 U.S.C. § 1441(c).

6.    Although Plaintiffs may have attempted to plead their claims against the Aetna Defendants as "arising under workers' compensation laws" the claims against the Aetna Defendants fall squarely within the civil enforcement provision of ERISA, and Plaintiffs' state law claims against the Aetna Defendants are completely preempted by ERISA. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987) (holding state court action asserting only state law causes of action relating to alleged failure to pay a claim for benefits under an employee benefit plan constitutes a federal question and may be removed to federal court); *Anderson v. Electronic Data Systems Corp.* 11 F. 3d 1311, 1315 (5th Cir. 1994)) (" 'Congress may so completely preempt a particular area that any civil complaint raising the select group of claims is necessarily

---

benefits under the terms of employee welfare benefit plans. Aetna Health Management, Inc. is neither an insurance company nor a health maintenance organization and does not administer claims for medical benefits of any kind. None of these companies are "insurers" and none administer or pay workers' compensation claims.

[2]    Similarly, Aetna Health Management, Inc. contracts with various medical providers as independent contractors to provide services to employee welfare benefit plans administered by Aetna affiliates.

federal in character' and the case may be removed even if no federal claim is asserted in the complaint and federal preemption, raised as a defense, is the only issue of federal law implicated in the case."). *See Transitional Hospitals Corporation v. Blue Cross & Blue Shield of Texas, Inc.*, 164 F.3d 952 (5th Cir. 1999) (holding medical provider's state law claims seeking the recovery of benefits for services provided to an ERISA plan participant who has assigned his rights to benefits to the provider are preempted) *(citing Hermann Hosp. v. MEBA Medical & Benefits Plan, 845 F.2d 1286, 1290 (5th Cir. 1998).*

7.     As such, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) and the matter is one that may be removed pursuant to 28 U.S.C. § 1441 (b) and (c).

8.     **Notice Filed in the State Court.** Promptly after filing this Notice of Removal, written notice thereof will be given to Plaintiff and a copy of this Notice of Removal will be filed with the District Clerk of Cameron County, Texas, as provided by law. A true and correct copy of the Notice being filed with the District Clerk of Cameron County, Texas is attached as Exhibit 55 to Appendix A hereto.

WHEREFORE, Aetna U.S. Healthcare Inc., Aetna U.S. Healthcare of North Texas Inc. and Aetna Health Management, Inc. pray that the State Court Action be removed to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

ANDREWS & KURTH L.L.P.


By: _John B. Shely w/ permission_
     John B. Shely
     Attorney-in-Charge
     State Bar No. 18215300
     Southern District Admission No. 7544
     600 Travis Street, Suite 4200
     Houston, Texas 77002
     Telephone: (713) 220-4105
     Facsimile: (713) 220-4285

OF COUNSEL:
ANDREWS & KURTH L.L.P.
and
DIMITRI ZGOURIDES
State Bar No. 00785309
Southern District Admission No. 16513

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

     Norton A. Colvin, Jr.
     State Bar No. 04632100
     Southern District Admission No. 1941
     1201 East Van Buren Street
     Brownsville, Texas 78520
     Telephone: (956) 542-7441
     Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANTS AETNA
U.S. HEALTHCARE INC., AETNA U.S.
HEALTHCARE OF NORTH TEXAS INC.,
and AETNA HEALTH MANAGEMENT,
INC.

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by U.S. mail, certified, return receipt requested, on March 25, 2002 to:

Reynaldo G. Garza, III
Attorney at Law
680 E. St. Charles, Suite 110
Brownsville, Texas  78520

Ernesto Garnez, Jr.
Attorney at Law
777 East Harrison
Brownsville, Texas  78520-7118

Sara Scribner
Assistant Attorney General
P.O. Box 12548
Austin, Texas  78711-2548

James Sowder
Thompson Coe Cousins & Irons, L.L.P.
200 Crescent Court, 11th Street
Dallas, Texas  75201

Mike Mills
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, Texas  78502-3725

Charles S. Figerio
Law Office of Charles S. Figerio
111 Soledad, Suite 840
San Antonio, Texas  78205

Robert B. Wellenberger
Thompson Coe Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas  75201

Rene Oliverira
Roerig, Oliverira & Fisher, L.L.P.
506 East Dove
McAllen, Texas  78504

Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas  78401

Jerry Shiely
Thornton, Summers, Biechlin, Dunham &
Brown, L.C.
10100 Reunion Place
San Antonio, Texas  78216-4186

James H. Hunter, Jr.
Jon D. Brooks
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
Brownsville, Texas  78523-3509

Barry A. Moscowitz
Mark C. Roberts, II
Henslee, Fowler, Hepworth & Schwartz, L.L.P.
6688 North Central Expressway, Suite 850
Dallas, Texas  75201

Keith B. O'Connell
O'Connell & Benjamin, L.L.P.
P. O. Box 90209
San Antonio, Texas  78205

Charles Willette, Jr.
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas  7852

Craig Smith
Director of Legal Services
Texas Worker's Compensation Commission
4000 South IH-35
Austin, Texas  78704-7491

# APPENDIX A

## <u>INDEX OF MATTERS BEING FILED</u>

**Pleadings**

Ex. 1          Claimant/Requestor's Original Petition, filed 12/07/01

Ex. 2          Atlantic Mutual Insurance Company's Motion to Transfer Venue and Original Answer Subject to Motion to Transfer Venue, filed 12/31/01

Ex. 3          Texas Municipal League Intergovernmental Risk Pool's Motion to Transfer Venue and Original Answer Subject to That Motion, filed 12/31/01

Ex. 4          Defendant Combined Independent Agencies Inc.'s Motion to Transfer Venue, Verified Denial, and Original Answer Subject to That Motion and Special Exception Subject to That Motion, filed 01/02/02

Ex. 5          Defendant Wausau Insurance Company (UK) Ltd.'s Special Appearance, Subject Thereto, Motion to Transfer Venue, Plea to the Jurisdiction and Subject Thereto, Original Answer, filed 01/04/02

Ex. 6          Defendant Liberty Mutual Insurance Company's Motion to Transfer Venue, Plea to the Jurisdiction and Subject Thereto, Original Answer, filed 01/04/02

Ex. 7          Defendant Texas Mutual Insurance Company's Motion to Transfer Mandatory Venue, and Subject Thereto, its Original Answer, filed 01/07/02

Ex. 8          Defendant Crawford & Company's Original Answer Subject to Motion to Transfer Venue, filed 01/07/02

Ex. 9          Travelers Indemnity Company of Connecticut's Special Appearance and Objection to Jurisdiction Pursuant to Texas Rule of Civil Procedure 120.A, filed 01/07/02

Ex. 10        Subject to the Motion to Transfer Venue Filed by Co-Defendants, Defendant GAB Robins North America, Inc.'s Original answer, filed 01/07/02

Ex. 11        Travelers Indemnity Company of Connecticut's Motion to Transfer Venue Subject to its Special Appearance, filed 01/07/02

Ex. 12        Travelers Indemnity Company of Connecticut's Plea to the Jurisdiction and Original Answer Subject to its Motion to Transfer Venue and Subject to its Special Appearance, filed 01/07/02

Ex. 13      Cunningham Lindsey Claims Management Inc.'s Original Answer, filed 01/07/02

Ex. 14      CNA Insurance Company's Motion to Transfer Venue, Motion to Quash Answer and Plea in Abatement, and Original Answer Subject Thereto, filed 01/07/02

Ex. 15      Defendant TIG Insurance Company's Motion to Transfer Venue, Plea to the Jurisdiction and Original Answer, filed 01/07/02

Ex. 16      Defendant Gates McDonald's Motion to Transfer Venue, Plea to the Jurisdiction, and Original Answer, filed 01/07/02

Ex. 17      Defendant Crawford & Company's Original Answer Subject to Motion to Transfer Venue, filed 01/07/02

Ex. 18      Defendant Zurich American Insurance Company's Motion to Transfer Venue, Plea to the Jurisdiction and Original Answer, filed 01/07/02

Ex. 19      Atlantic Mutual Insurance Co.'s Motion to Transfer Venue and Original Answer Subject to Motion to Transfer Venue, filed 01/08/02

Ex. 20      Defendant The University of Texas at Austin's Plea to the Jurisdiction, Original Answer and Plea in Abatement, filed 01/10/02

Ex. 21      Respondent Berkley Risk Administrators of Texas, Inc.'s Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, Motion to Transfer Venue, and Original Answer and Special Exceptions, filed 01/08/02

Ex. 22      Defendant AIG Claim Services Inc.'s Motion to Transfer Venue, and Subject Thereto, Plea to the Jurisdiction and Original Answer, filed 01/08/02

Ex. 23      Defendant, Texas Municipal League Intergovernmental Risk Pool's Plea to the Jurisdiction, Amended Motion to Transfer Venue and Original Answer Subject to the Motions, filed on 01/10/02

Ex. 24      Defendant Combined Independent Agencies, Inc.'s Plea in Abatement Subject to Motion to Transfer Venue, filed 01/11/02

Ex. 25      Defendant Combined Independent Agencies, Inc.'s Supplemental Motion to Transfer Venue, filed 01/11/02

Ex. 26      AIG Claim Services, Inc.'s Verified Plea in Abatement Subject to its Motion to Transfer Venue, filed 01/15/02

Ex. 27      Claimant/Requestor's First Amended Petition, filed 01/16/02

Ex 28      First Amended Motion to Transfer Venue of Defendant Travelers
           Indemnity Co. of Conn., filed 01/22/02

Ex. 29     Gates McDonald's Verified Plea in Abatement Subject to Motion to
           Transfer Venue and Plea to the Jurisdiction, filed 01/22/02

Ex. 30     Defendant Crawford & Company's Supplemental Motion to Transfer
           Venue, filed 01/23/02

Ex. 31     Claimant/Requestor's Second Amended Petition, filed 02/05/02

Ex. 32     Atlantic Mutual Insurance Company's First Amended Motion to Transfer
           Venue, filed 03/01/02

Ex. 33     Texas Mutual Insurance Company's Amended Motion to Transfer Venue
           to the County of Mandatory Venue, and Brief in Support, filed 02/28/02

Ex. 34     Claimants/Requestors' Third Amended Petition, filed 03/06/02

Ex. 35     Defendant Sierra Insurance Company's Motion to Transfer Venue and
           Original Answer Subject Thereto, filed 03/12/02

Ex. 36     Defendant Highlands Insurance Company's Motion to Transfer Venue,
           filed 03/14/02

Ex. 37     Defendant Highlands Insurance Company's Original Answer Subject to its
           Motion to Transfer Venue, filed 03/14/02

Ex. 38     Defendant International Solutions L.L.C.'s Motion to Transfer Venue,
           Plea to the Jurisdiction and Original Answer, filed 03/19/02

Ex. 39     Defendants Sentry Lloyd's of Texas and Sentry Casualty Company's
           Motion to Transfer Venue, Plea to the Jurisdiction, and Original Answer,
           filed 03/18/02

Ex. 40     Defendants Sentry Select Insurance Company and Sentry Insurance – A
           Mutual Company's Motion to Transfer Venue, Plea to the Jurisdiction,
           and Original Answer, filed 03/18/02

Ex. 41     Aetna Health Management Inc., Aetna U.S. Healthcare Inc. and Aetna
           U.s. Healthcare of North Texas Inc.'s Motion to Transfer Venue and
           Original Answer Subject Thereto, filed 03/18/02

Ex. 42     Advantage Worker's Compensation Insurance Company's General Denial,
           filed 03/19/02

Ex. 43     Defendant Federal Insurance Company's Motion to Transfer Venue, Plea
           to the Jurisdiction, and Subject Thereto, Original Answer, filed 03/20/02

**Orders**

Ex. 44        Order Entered 12/14/01 Setting Hearing on Class Certification

Ex. 45        Order Entered 01/08/02 Setting Defendant, Texas Municipal League Intergovernmental Risk Pool's Motion to Transfer Venue

Ex. 46        Order Entered 01/08/02 Setting Hearing on Defendant, The University of Texas at Austin's Plea to the Jurisdiction and Plea in Abatement

Ex. 47        Order Entered 01/09/02 Setting Hearing on Motion for Continuance and Plea in Abatement of Defendant Liberty Mutual Insurance Company and Wausau Insurance Company U.K. Ltd.

Ex. 48        Order Entered 01/10/02 Setting Defendant, Texas Municipal League Intergovernmental Risk Pool's Motion for Continuance of its Motion to Transfer Venue, Motion for Continuance of Class Certification Hearing and Motion for Level Three Discovery Control Plan

Ex. 49        Order Entered 01/30/02 Setting Fiat on Plaintiffs' Motion for Discovery Control Plan

Ex. 50        Order Setting Hearing Date on Travelers Indemnity Company of Connecticut's Motion for Continuance

Ex. 51        Order Granting Defendants' Motion for Continuance of the Class Certification Hearing

Ex. 52        Order Entered 03/01/02 Setting Hearing on Motions

Ex. 53        Order Entered 03/01/02 Setting Fiat on Motion to Prohibit Contact.

**Executed Citations**

Ex. 54        All Executed Citations on File as of March 25, 2002.

# APPENDIX B

## INDEX OF COUNSEL AND PARTIES

| PLAINTIFFS / COUNSEL | |
|---|---|
| Robert S. Howell, D.C.<br>First Rio Valley, P.A.<br>East Side Surgery Center, Inc.<br>U.S. Imaging, Inc.<br>U.S. Anesthetic, P.A.<br>Fort Bend Imaging, Inc.<br>Fannin Street Imaging, Inc.<br>East Side Imaging, Inc.<br>Steeplechase Diagnostics, Inc.<br>San Antonio Diagnostics Imaging, Inc.<br>(For Themselves and All Other Similarly<br>Situated Requestor/Claimants) | Reynaldo G. Garza, III<br>State Bar No. 24008806<br>Attorney at Law<br>680 E. St. Charles, Suite 110<br>Brownsville, Texas 78520<br>Telephone: 956-574-9502<br>Facsimile: 956-574-9506<br><br>Ernesto Gamez, Jr.<br>State Bar No. 07606600<br>Southern District Adm. No. 8645<br>777 E. Harrison<br>Brownsville, Texas 78520-7118<br>Telephone: 956-541-3820<br>Facsimile: 956-541-7694<br><br>Ethan L. Shaw<br>Moore, Landrey, L.L.P.<br>390 Park Street, Suite 500<br>Beaumont, Texas 77501<br>Telephone: (409) 835-3891<br>Facsimile: (409) 835-2707<br><br>Keith T. Gilbert<br>State Bar No. 07898600<br>William Maxwell<br>State Bar No. 24028775<br>Gilbert & Maxwell<br>P. O. Box 1984<br>Houston, Texas 77251<br>Telephone: (713) 739-1984<br>Facsimile: (713) 739-1985 |

| DEFENDANTS / COUNSEL | |
|---|---|
| Aetna U.S. Healthcare of North Texas Inc., Aetna U.S. Healthcare Inc., and Aetna Health Management, Inc. | John B. Shely<br>State Bar No.18215300<br>Southern District Adm. No. 7544<br>Dimitri Zgourides<br>State Bar No. 00785309<br>Southern District Adm. No. 16513<br>Andrews & Kurth, Mayor, Day,<br>Caldwell & Keeton, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas  77002<br>Telephone: (713) 220-4105<br>Facsimile:  (713) 220-4285<br><br>Norton A. Colvin, Jr.<br>State Bar No.04632100<br>Southern District Adm. No. 1941<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 East Van Buren Street<br>Brownsville, Texas  78520<br>Telephone:  (956) 542-7441<br>Facsimile:  (956) 541-2170 |
| Texas Mutual Insurance Company | Mike Mills<br>State Bar No.14163500<br>Atlas & Hall, L.L.P.<br>P. O. Box 3725<br>McAllen, Texas  78502-3725<br>Telephone:  956-682-5501<br>Facsimile:  956-686-6109<br><br>P. M. Schenkkan<br>State Bar No. 17741500<br>Eric G. Behrens<br>State Bar No. 0205700<br>Graves, Dougherty, Hearon & Moody<br>515 Congress Avenue, Suite 2300<br>Austin, Texas 78701<br>Telephone:  (512) 480-5600<br>Facsimile:  (512) 478-1976 |

| | |
|---|---|
| Combined Independent Agencies, Inc. | Barry A. Moscowitz<br>State Bar No. 24004830<br>Mark C. Roberts, II<br>State Bar No. 00788293<br>Henslee, Fowler, Hepworth &<br>Schwartz, L.L.P.<br>6688 North Central Expressway<br>Suite 850<br>Dallas, Texas 75201<br>Telephone: 214-219-8833<br>Facsimile: 214-219-8866 |
| GAB Robins North America, Inc. | Jerry Shiely<br>State Bar No. 18261700<br>Thornton, Summers, Biechlin,<br>        Dunham & Brown, L.C.<br>10100 Reunion Place<br>San Antonio, Texas 78216-4186<br>Telephone: 210-342-5555<br>Facsimile: 210-525-0666 |
| AIG Claim Services, Inc. | Robert B. Wellenberger<br>State Bar No. 21135200<br>Thompson Coe Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201<br>Telephone: 214-871-8200<br>Facsimile: 214-871-8209<br><br>Rene Oliverira<br>State Bar No. 15254700<br>Roerig, Oliverira & Fisher, L.L.P.<br>506 East Dove<br>McAllen, Texas 78504<br>Telephone: 956-631-8049<br>Facsimile: 956-631-8141 |

| | |
|---|---|
| Berkley Risk Administrators of Texas, Inc. on Behalf of Texas Political Subdivisions | James H. Hunter, Jr.<br>State Bar No.00784311<br>Jon D. Brooks<br>State Bar No. 24004563<br>Royston, Rayzor, Vickery & Williams, L.L.P.<br>P.O. Box 3509<br>Brownsville, Texas 78523-3509<br>Telephone: 956-542-4377<br>Facsimile: 956-542-4370 |
| CNA Insurance Company | Ruben R. Pena<br>State Bar No.15940700<br>Law Office of Ruben R. Pena, P.C.<br>P. O. Box 530160<br>Harlingen , Texas 78550<br>Telephone: 956-412-8200<br>Facsimile: 956-412-8282<br><br>John C. Wander<br>State Bar No. 00791877<br>Brian E. Robinson<br>State Bar No. 00794547<br>Vinson & Elkins, L.L.P.<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 220-7878<br>Facsimile: (214) 999-7878 |
| The University of Texas at Austin, Texas | Sara Scribner<br>State Bar No. 00797403<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Facsimile: 512-463-2063 |
| Texas Municipal League Intergovernmental Risk Pool | Jeffrey Roerig<br>State Bar No.17161700<br>Roerig, Oliverira & Fisher, LLP<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520-8786<br>Telephone: (956) 542-5666<br>Facsimile: (956) 542-0016 |

| | |
|---|---|
| Zurich American Insurance Co. | James Sowder<br>State Bar No. 18863900<br>Thompson Coe Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Street<br>Dallas, Texas 75201<br>Telephone: 214-871-8200<br>Facsimile: 214-871-8209<br><br>Rene Oliverira<br>State Bar No. 15254700<br>Roerig, Oliverira & Fisher, L.L.P.<br>506 East Dove<br>McAllen, Texas 78504<br>Telephone: 956-631-8049<br>Facsimile: 956-631-8141 |
| Gates McDonald | James Sowder<br>State Bar No. 18863900<br>Thompson Coe Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Street<br>Dallas, Texas 75201<br>Telephone: 214-871-8200<br>Facsimile: 214-871-8209 |
| Travelers Indemnity Company of Conn. | Frank Weathered<br>State Bar No. 20998600<br>Dunn & Weathered, P.C.<br>611 S. Upper Broadway<br>Corpus Christi, Texas 78401<br>Telephone: 361-883-1594<br>Facsimile: 361-883-1599 |
| Atlantic Mutual Insurance Co. | Keith B. O'Connell<br>State Bar No. 15179700<br>O'Connell & Benjamin, L.L.P.<br>P. O. Box 90209<br>San Antonio, Texas 78205<br>Telephone: 210-824-0009<br>Facsimile: 210-824-9429 |

| | |
|---|---|
| TIG Insurance Company | James Sowder<br>State Bar No. 18863900<br>Thompson Coe Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Street<br>Dallas, Texas  75201<br>Telephone:  214-871-8200<br>Facsimile:  214-871-8209 |
| The Wausau Insurance Company | Charles Willette, Jr.<br>State Bar No.21509700<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Blvd., Ste. 460<br>Brownsville, Texas  7852<br>Telephone:  956-541-1846<br>Facsimile:  956-541-1893<br><br>David L. Plaut<br>State Bar No. 16066030<br>Catherine L. Hanna<br>State Bar No. 08918280<br>Hanna & Plaut, L.L.P.<br>106 East Sixth Street, Suite 520<br>Austin, Texas  78701<br>Telephone:  (512) 472-7700<br>Facsimile:  (512) 472-0205 |
| Crawford & Company | Brett T. Reynolds<br>State Bar No. 16795500<br>Blakeley & Reynolds, P.C.<br>1250 N.E. Loop 410, Suite 420<br>San Antonio, TX  78209<br>Telephone:  (210) 805-9799<br>Facsimile:  (210) 805-9654 |
| Cunningham Lindsey Claims Management, Inc. | Charles S. Figerio<br>State Bar No. 07477500<br>Law Office of Charles S. Figerio<br>111 Soledad, Suite 840<br>San Antonio, Texas  78205<br>Telephone:  (210) 271-7877<br>Facsimile:  (210) 271-0602 |

| Texas Worker's Compensation Commission | Craig Smith<br>Director of Legal Services<br>Texas Worker's Compensation<br>      Commission<br>4000 South IH-35<br>Austin, Texas 78704-7491<br>Telephone: (512) 804-4277<br>Facsimile: (512) 804-4276 |
| --- | --- |
| Federal Insurance Company | Kevin T. Crocker<br>State Bar No. 05087250<br>Jackson Walker, L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214) 953-6025 – direct<br>Facsimile: (214) 953-5822 |
| Advantage Workers' Compensation Insurance Company | Jack W. Latson<br>State Bar No. 11984500<br>Flahive, Ogden & Latson<br>P. O. Drawer 13367<br>Austin, Texas 78711<br>Telephone: (512) 477-4405<br>Facsimile: (512) 867-1724 |

RUN DATE:03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

* * * * C L E R K ' S   E N T R I E S * * * *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                 77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX      78520 8786

(06)                        BREACH OF CONTR...

| Date | Entry | Date |
|---|---|---|
| 12/14/01 | HEARING ON CLASS CERTIFICATION SET FOR 1/18/02 AT 8:30 A.M.. BEURESTIJR/ESALAS | 01/22/92 FIRST SUPPLEMEN TRANSFER VENUE THERETO /ESA... |
| 12/14/01 | ORDER SETTING DEFT, TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL'S MTN TO TRANSFER VENUE SET FOR 1/18/02 AT 8:30 A.M. MMURRAY/ESALAS | 01/07/01 ORIGINAL PETIT... 01/07/01 CITATION: TEXAS COMPANY |
| 01/08/02 | ORDER SETTING HEARING ON DEFT THE UNIVERSITY OF TEXAS AT AUSTIN PLEA TO JURISDICTION AND PLEA IN ABATEMENT SET FOR 1/17/02 MMURRAY/ESALAS | 12/07/01 SERVED: 12/: 12/07/01 CITATION: TRAV... |
| 01/09/02 | ORDER SETTING HEARING ON MTN FOR CONTINUANCE AND PLEA IN ABATEMENT OF DEFT LIBERTY MUTUAL INS. CO. AND WAUSAU INS. CO. U.K. LTD SET FOR 1/14/02 AT 8:30 A.M. BEURESTIJR/ESALAS | 12/07/01 OF CONN. 12/07/01 SERVED: 12/ 12/07/01 CITATION: GAB ] INC. |
| 01/10/02 | ORDER SETTING DEFT, TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL'S MTN FOR CONTINUANCE OF ITS MTN TO CONTINUANCE OF ITS MTN TO TRANSFER VENUE, MTN FOR CONTINUANCE OF CLASS CERTIFICATION HEARING AND MTN FOR LEVEL THREE DISCOVERY CONTROL PLAN SET FOR 1/14/02 AT 8:30 A.M. BEURESTIJR/ESALAS | 12/07/01 SERVED: 12/ 12/07/01 CITATION: AIG 12/07/01 SERVED: 12/ 12/07/01 CITATION: BERK OF TX, INC |
| 01/14/02 | All parties present; Agreement read into record; Motions to be heard MARCH 17, 2002 at 8:30 a.m. and Certification to be heard on APRIL 29, 30 2002 at 8:30 a.m.. BEJR/eeo | 12/07/01 SERVED: 12/ 12/07/01 CITATION: CNA |
| 01/17/02 | Parties present; Def's U.T. Plea to jurisdiction under advisement...BEJR/eeo | 12/07/01 SERVED: 12/ 12/07/01 CITATION: THE AUSTIN, TEXAS |
| 01/30/02 | FIAT ON PLTFS MTN FOR DISCOVERY CONTROL PLAT ON 2/8/02 AT 8:30 A.M. BEURESTIJR/ESALAS | 12/07/01 SERVED: 12/ 12/07/01 CITATION: TEXA INTERGOVERNMEN |
| 02/01/02 | FIAT ON MTN TO TRANSFER VENUE SET FOR 3/7/02 AT 8:30 A.M. BEURESTIJR/ESALAS | 12/07/01 SERVED: 12/ 12/07/01 CITATION: TEXA |
| 02/01/02 | HON. ETHAN L. SHAW GIVEN PERMISSION TO JOIN WITH HON. KIETH GILBERT AS ATTYS FOR PLTFS AS PER ORDER SIGNED.. BEJR/ES | 12/07/01 SERVED: 12/ 12/07/01 CITATION: ZURI |
| 02/08/02 | All parties present; Motion for Discovery Plan; agreement read into the record...BEJR/eeo | 12/07/01 SERVED: 12/ 12/07/01 CITATION: ATLA |

RUN DATE: 03/22/02
RUN TIME 3:01 PM

* * * * C L E R K ' S   E N T R I E S * * * *

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX       78520 8786

00003508

(06)

BREACH OF CONTR

| Date | Entry |
|---|---|
| 03/01/02 | ORDER SETTING HEARING ON MTNS SET FOR 3/7/02 AT 8:30 A.M. |
| | MURRAY/ESALAS |
| 03/01/02 | FIAT ON MTN TO PROHIBIT CONTACT SET FOR 3/7/02 AT 8:30 A.M. |
| | MURRAY/ESALAS |
| 03/07/02 | All parties present; Def's Motion to Transfer Venue will read |
| 03/07/02 | briefs and responses-Defer ruling; Def's plea to jurisdiction |
| 03/07/02 | DENIED; Def's Motion to Compel (logs)-defer opportunity to |
| 03/07/02 | deliver balance of logs (deadline submitted by 5:00 p.m. March |
| 03/07/02 | 11, 2002); Def. motion for continuance GRANTED; Motion to |
| 03/07/02 | Prohibit Contact w/proposed class members (settlement agreement |
| 03/07/02 | with plaintiffs listed in petition)-GRANTED; Pltfs will draft |
| 03/07/02 | non suit as to Combined Independent Agencies....BEJR/eeo |
| 03/18/02 | ORDER GRANTING DEFS' MTN FOR CONTINUANCE OF THE CLASS |
| 03/18/02 | CERTIFICATION HEARING GRANTED SIGNED FOR ENTRY. BEJR/ESALAS |

| Date | Entry |
|---|---|
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: GATE |
| 12/07/01 | SERVED: |
| 12/07/01 | CITATION: TIG |
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: WAUS, |
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: CRAW |
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: CUNN |
| 12/07/01 | MANAGEMENT INC |
| 12/07/01 | SERVED: |
| 12/07/01 | CITATION: CUNN |
| 12/07/01 | MANAGEMENT INC |
| 12/07/01 | SERVED: |
| 12/07/01 | CITATION: LIBE |
| | COMPANY |
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: COMB |
| | AGENCIES, INC. |
| 12/07/01 | SERVED: 12/ |
| 12/07/01 | CITATION: ATLANTIC MUTUA |
| 12/31/01 | ATLANTIC MUTUA |
| 12/31/01 | TRANSFER VENUE |
| 12/31/01 | ORIGINAL AN |
| 12/31/01 | ATLANTIC MUTUA |
| | ORIGINAL AN |
| 12/31/01 | CO'S MTN TO |
| 12/31/01 | RULE 11 AGREEM |
| 12/31/01 | ORIGINAL ANSWE |
| 12/18/02 | LEAGUE INTERGO |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

*    *    *    C L E R K ' S    E N T R I E S    *    *    *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX        78520 8786

(06)

BREACH OF CONTR.

12/31/01 JURY FEE: Pd.
12/31/01 ORIGINAL ANSWE.
         INSURANCE CO.
12/31/01 DEFT, TEXAS MU.
         INTERGOVERNMEN.
12/31/01 - TO TRANSFER
         ANSWER SUBJECT
         /ESAIAS
01/02/02 RULE 11 AGREEM
01/02/02 DEFT COMBINED
         INC'S MTN TO T
01/02/02 ORIGINAL ANSWE.
         AGENCIES, INC.
01/04/02 ORIGINAL ANSWE.
         COMPANY
01/04/02 ORIGINAL ANSWE.
         INSURANCE COMP.
01/04/02 DEFT LIBERTY M
01/04/02 TRANSFER VENUE
         JURISDICTION.
01/04/02 ORIGINAL ANSWE
         DEFT WAUSAU IN
01/04/02 APPEARANCE, SU
         THERETO, M
01/04/02 PLEA TO THE JU
         AND SUBJEC
01/04/02 ANSWER(IGARCIA
01/07/02 DEFT TEXAS MUT
         MTN TO TRANSFE

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * * CLERK'S ENTRIES * * *

(06)    BREACH OF CONTR.

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                    77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX    78520 8786

| Date | Entry |
|---|---|
| 01/07/02 | VANUE, AND |
| 01/07/02 | ORIGINAL ANSWE |
| 01/07/02 | ORIGINAL ANSWE |
| 01/07/02 | INSURANCE COMP |
| 01/07/02 | MTN TO TRANSFE |
| 01/07/02 | DEFT, CRAWFORD |
| 01/07/02 | ANSWER SUBJECT |
| 01/07/02 | TRANSFER VE |
| 01/07/02 | TRAVELERS INDE |
| 01/07/02 | CONNECTICUT'S |
| 01/07/02 | OBJECTION T |
| 01/07/02 | TO TEX. R.CIV. |
| 01/07/02 | ORIGINAL ANSWE |
| 01/07/02 | AMERICA, INC. |
| 01/07/02 | TRAVELERS INDE |
| 01/07/02 | CONNECTICUT'S |
| 01/07/02 | SUBJECT TO |
| 01/07/02 | /ESALAS |
| 01/07/02 | TRAVELERS INDE |
| 01/07/02 | CONNECTICUT'S |
| 01/07/02 | ION AND ORI |
| 01/07/02 | ITS MTN TO TRA |
| 01/07/02 | AND SUBJECT |
| 01/07/02 | APPEARANCE /ES |
| 01/07/02 | ORIGINAL ANSWE |
| 01/07/02 | CLAIMS MANAGEM |
| 01/07/02 | CNA INSURANCE |
| 01/07/02 | TRANSFER VENUE |
| 01/07/02 | ANSWER AND |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

*  *  *   C L E R K ' S   E N T R I E S   *  *  *

(06)

BREACH OF CONTR

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROEBIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX       78520 8786

| Date | Entry |
|------|-------|
| 01/07/02 | ORIGINAL ANSWE... DEFT TEH UNIVE... AUSTIN'S PLEA... |
| 01/07/02 | ORIGINAL ANS... ABATEMENT /ESA... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | ORIGINAL ANSWE... TEXAS AT AUSTI... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | ORIGINAL ANSWE... COMPANY OF CON... |
| 01/07/02 | ORIGINAL ANSWE... |
| 01/07/02 | DEFT ZURICH AM... TRANSFER VENUE |
| 01/07/02 | JURISDICTIO... /ESALAS |
| 01/07/02 | ORIGINAL ANSWE... INSURANCE COMP... |
| 01/08/02 | MTN FOR CONTIN... ABATEMENT OF D... |
| 01/08/02 | MUTUAL INSU... INSURANCE COMP... |
| 01/08/02 | LTD /ESALA... |
| 01/08/02 | ORIGINAL ANSWE... ADMINISTRATORS |
| 01/08/02 | ORIGINAL ANSWE... INSURANCE CO. |
| 01/08/02 | PLEA IN ABATEM... |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * * C L E R K ' S   E N T R I E S * * *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                          77251 0000

(06)

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX           78520 8786

BREACH OF CONTRA...

| Date | Entry |
|---|---|
| 01/08/02 | INSURANCE COMP... |
| | MTN FOR CONTINU... |
| | STATUS CONFEREN... |
| 01/08/02 | CNA INSURANC... |
| 01/08/02 | DEFT AIG CLAIM... |
| | TRANSFER VENUE |
| 01/08/02 | THERETO, P... |
| | AND ORIGINAL A... |
| 01/08/02 | RESP. BERKLEY I... |
| | TEXAS, INC'S P... |
| 01/08/02 | JURISDICTION... |
| | MTN TO DISMISS |
| 01/08/02 | TRANSFER VE... |
| | AND SPECIAL EX... |
| 01/08/02 | ORIGINAL ANSWE... |
| | INC. |
| 01/08/02 | DEFT AIG CLAIM |
| | TO TRANSFER VE... |
| | SUBJECT THEI... |
| 01/08/02 | JURISDICTION &... |
| 01/08/02 | MTN FOR CONTIN... |
| | STATUS CONFERE... |
| 01/09/02 | "CNA INSURA... |
| 01/09/02 | DEFT COMBINED... |
| | INC'S MTN FOR C... |
| 01/09/02 | ON CERTIFIC... |
| 01/09/02 | TO ABATE (SUBJ... |
| 01/09/02 | TO TRANSFER |
| 01/09/02 | DEFT, TRAVELERS... |

```
RUN DATE 03/22/02
RUN TIME 3:01 PM
```

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

\*        \*        \*        C L E R K ' S   E N T R I E S        \*        \*        \*        \*

```
00601701
KEITH T GILBERT
P.O. BOX 1984
HOUSTON, TX               77251 0000

00003508
HON. JEFFREY ROEBIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX            78520 8786
```

(06)        BREACH OF CONT...

| Date | Entry |
|------|-------|
| 01/09/02 | CONNECTICUT'S CONTINUANCE |
| 01/10/02 | DEFT, TEXAS MU... INTERGOVERNMEN... |
| 01/10/02 | MTN FOR CON... TRANSFER VENUE |
| 01/10/02 | CONTINUANCE HEARING AND MI... |
| 01/10/02 | THREE DISCO... |
| 01/10/02 | DEFT TEXAS MUN... INTERGOVERNMEN... |
| 01/10/02 | AMENDED MTN... |
| 01/10/02 | MTN TO TRANSFE... FOR CONTINU... |
| 01/10/02 | CERTIFICATION... |
| 01/10/02 | LEVEL THREE... PLAN (IGARCIA) |
| 01/10/02 | DEFT THE UNIVE... |
| 01/10/02 | AUSTIN'S PLEA... JURISDICTI... |
| 01/10/02 | PLEA IN ABATE... DEFENDANT, TEXA... INTERGOVERENTA... |
| 01/10/02 | PLEA TO THE... MOTION TO TRAN... |
| 01/10/02 | AND ORIGINA... MOTIONS /ESALA... |
| 01/10/02 | PLEA TO THE... MOTION TO TRAN... |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

\* \* \* \*   C L E R K ' S   E N T R I E S   \* \* \* \*

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX          78520 8786

(06)          BREACH OF CONTR

| Date | Entry |
|---|---|
| 01/10/02 | AND ORIGINA |
| 01/10/02 | MOTIONS /EALAS |
| 01/10/02 | NOTICE OF FILI |
|  | ROBISON IN SUF |
| 01/10/02 | THE MTN FOR |
| 01/10/02 | "CNA INSURANCE |
| 01/10/02 | NOTICE OF FILI |
|  | OF THE PLEA IN |
| 01/10/02 | "CNA INS |
| 01/10/02 | SUPPLEMENT TO |
| 01/10/02 | CONTINUANCE AN |
|  | CONFERENCE |
| 01/11/02 | COMPANY"/GMEDR |
| 01/11/02 | DEFT ZURICH AM |
|  | COMPANY'S JOIN |
| 01/11/02 | CONTINUANCE |
| 01/11/02 | HEARING SUBJEC |
| 01/11/02 | MOTION TO T |
| 01/11/02 | DEFT ZURICH AM |
| 01/11/02 | PLEA IN ABATEM |
|  | SUBJECT TO |
| 01/11/02 | PLEA TO THE JU |
| 01/11/02 | DEFENDANT TIG |
| 01/11/02 | JOINDER IN MOT |
| 01/11/02 | CONTINUANCE |
|  | HEARING SUBJEC |
| 01/11/02 | TO TRANSFER |
| 01/11/02 | DEFENDANT GATE |
| 01/11/02 | MOTION FOR CON |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

*    *    *    C L E R K ' S    E N T R I E S    *    *    *    *

(06)

BREACH OF CONTR

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX           78520 8786

| Date | Entry |
|------|-------|
| 01/11/02 | ON CLASS CE / SUBJECT TO MOT |
| 01/11/02 | VENUE /ESAL |
| 01/11/02 | GATES MCDONALD |
| 01/11/02 | ABATMENT SUBJE |
| 01/11/02 | TO TRANSFER |
| 01/11/02 | JURISDICTION / |
| 01/11/02 | DEFENDANT,TEXA |
| 01/11/02 | INTERGOVERMENT |
| 01/11/02 | DEFENDANT COMB |
| 01/11/02 | AGENCIES,INC.' |
| 01/11/02 | SUBJECT TO |
| 01/11/02 | /ESALAS/LB |
| 01/11/02 | AFFADAVIT OF M |
| 01/11/02 | SUPPORT OF THE |
| 01/11/02 | CONTINUANCE |
| 01/11/02 | INDEPENDENT AG |
| 01/11/02 | (SUBJECT TO |
| 01/11/02 | VENUE) /EALAS/ |
| 01/11/02 | DEFENDANT COM |
| 01/11/02 | AGENCIES, INC. |
| 01/11/02 | MOTION TO T |
| 01/11/02 | RESPONDENT BER |
| 01/11/02 | COMPANY OF TE |
| 01/11/02 | INC.'S MOTI |
| 01/11/02 | AGENCIES, INC. |
| 01/11/02 | CLASS CERTIFIC |
| 01/11/02 | HEARING /ES |
| 01/11/02 | DEFENDANT ATLA |
| 01/11/02 | CO.'S MOTION F |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

*  *  *  *  C L E R K ' S   E N T R I E S  *  *  *  *

00601701
KEITH T GILBERT
P.O. BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX       78520 8786

(06)          BREACH OF CONTR

01/11/02      CONTINUANCE
              PREVIOUSLY FIL
01/11/02      TRANSFER VE
01/11/02      AFFADAVIT OF F
              SUPPORT OF THE
              CONTINUANCE
01/11/02      CONTINUANCE
              COMPANY ON CON
01/11/02      (SUBJECT TO
              MOTION TO TRAN
01/11/02      PLEA TO THE
              /ESALAS/LB
01/11/02      DEFT TEXAS MUT
01/11/02      MOTION FOR CON
01/11/02      DEFT ATLANTIC
              PLEA TO THE JU
01/11/02      AND PLEA IN
              ITS PREVIOUSLY
01/11/02      TO TRANSFER
01/11/02      REQUESTOR/CLAI
              COMBINE INDEPE
01/14/02      INC MOTION
              INSURANCE COMP
01/14/02      MOTION FOR
              FOR CONTINUANC
01/14/02      IN ABATEMEN
              MUTUAL INSURAN
01/14/02      AND WASAU I
              LTD. AND TRAVE
01/14/02      INDEMNITY C

RUN DATE 03/22/02
RUN TIME 3:01 PM

\* \* \* C L E R K ' S   E N T R I E S \* \* \* \*

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                    77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX    78520 8786

(06)        BREACH OF CONTR

01/14/02    MOTION FOR CONT
            AND DEFENDA
01/14/02    INSURANCE COMP
01/14/02    CONTINUANCE
01/14/02    SHORTEN TIME F
01/14/02    ON CLASS CE
01/14/02    RISK ADMINISTR
01/14/02    COMPANY OF
01/14/02    CONTINUANCE /E
01/14/02    PLEA TO THE JU
01/14/02    INSURANCE COMP
01/14/02    NOTICE OF FILI
01/14/02    OF SPECIAL APP
01/14/02    WAUSAU INSU
01/14/02    LTD./GMEDRANO
01/14/02    NOTICE OF FILI
01/14/02    OF MTNS FOR CO
01/14/02    AND WAUSAU INS
01/14/02    COMPANY(U.K
01/14/02    MOTION TO SHOR
01/14/02    DEFT, GAB'S MO
01/14/02    CONTINUANCE
01/14/02    CLASS AND MOTI
01/14/02    (SUBJECT TO
01/14/02    VENU)/GMEDRANO
01/14/02    DEFT GAB ROBIN
01/14/02    MOTION FOR CON
01/14/02    ON CERTIFIC.

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

\*    \*    \*    \*    C L E R K ' S   E N T R I E S    \*    \*    \*    \*

00601701
KEITH T GILBERT
P.O. BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX          78520 8786

(06)          BREACH OF CONTR

| Date | Entry |
|---|---|
| 01/14/02 | MOTION TO ABAT |
| 01/15/02 | MOTION TO T |
| 01/15/02 | AIG CLAIM SERV |
| | PLEA IN ABATEM |
| 01/16/02 | TO TRANSFER |
| 01/16/02 | CLAIMANT/REQUE |
| | PETITION/GMEDR |
| 01/22/02 | FIRST AMENDED |
| | DEFT TRAVELERS |
| 01/22/02 | CO. OF CONN |
| 01/22/02 | TRAVELERS I |
| | /ESALAS |
| 01/23/02 | DEFT., CRAWFOR |
| 01/23/02 | MTN TO TRANSFE |
| 01/23/02 | DEFT THE UNIVE |
| | AUSTIN'S SUPPL |
| 01/23/02 | SUPPORT OF |
| | JURISDICTION ( |
| 01/29/02 | MOTION TO JOIN |
| | /ESALAS/LB |
| 01/30/02 | MTN TO JOIN AL |
| 01/31/02 | MOTION FOR CON |
| | /ESALAS/LB |
| 02/05/02 | CERTIFICATE OF |
| | /ESALAS |
| 02/05/02 | RULE 11 AGREEM |
| 02/05/02 | ATLANTIC MUTUA |
| | AMENDED MTN TO |
| 02/05/02 | VENUE /ESAL |

RUN DATE 03/22/02
RUN TIME 3:01 PM

* * *  C L E R K ' S   E N T R I E S  * * *

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                    77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX              78520 8786

(06)          BREACH OF CONTR

02/05/02  CLAIMANTS/REQU
          PETITION /ESAL
02/07/02  DEFTS TEXAS MU
          AND CNA INSURA
          RESPONSE TO
02/07/02  ORDER /ESALAS
02/08/02  CITATION: CNA
          SERVED: 02/
02/08/02  CITATION: ACE
          SERVED: 02/
02/08/02  CITATION: ACE
          SERVED: 02/
02/08/02  CITATION: ACE
          INSURANCE CO.
          SERVED: 02/
02/08/02  CITATION: ACE
          SERVED: 02/
02/08/02  CITATION: ADVA
          COMPENSATION I
          SERVED: 02/
02/08/02  CITATION: AETN
          SERVED: 03/
02/08/02  CITATION: AETN
          NORTH TEXAS, IN
          SERVED: 02/
02/08/02  CITATION: AETN
          SERVED: 02/
02/08/02  CITATION: AETN
          AMERICA
          SERVED: 02/
02/08/02  CITATION: AIG

RUN DATE 03/22/02
RUN TIME 3:01 PM

* * * *   C L E R K ' S   E N T R I E S   * * * *

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

00601701
KEITH T GILBERT
P.O. BOX 1984
HOUSTON, TX                    77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX      78520 8786

(06)    BREACH OF CONTR

COMPANY
                    SERVED:    03/
02/08/02  CITATION: AMER
02/08/02  SERVED:    02/
02/08/02  CITATION: AMER
02/08/02  SERVED:    02/
02/08/02  CITATION: ANCH
02/08/02  SERVED:
02/08/02  CITATION: BARR
02/08/02  SERVED:
02/08/02  CITATION: CAS
SERVICES, INC.
02/08/02  SERVED:    02/
02/08/02  CITATION: CIGN
02/08/02  SERVED:    02/
02/12/02  CITATION: CLAR
02/12/02  SERVED:    03/
02/12/02  CITATION: COLC
02/12/02  SERVED:    02/
02/12/02  CITATION: CONT
02/12/02  SERVED:    02/
02/12/02  CITATION: CUNA
02/12/02  SERVED:    02/
02/12/02  CITATION: EBI
02/12/02  SERVED:
02/12/02  CITATION: FEDE
02/12/02  SERVED:    02/
02/12/02  CITATION: FIRE
02/12/02  SERVED:    02/

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * * C L E R K ' S   E N T R I E S * * * *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                         77251.0000

(06)

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX    78520 8786

BREACH OF CONT

| Date | Entry |
|---|---|
| 02/12/02 | CITATION: FIRS |
| 02/12/02 | SERVED: |
| 02/12/02 | CITATION: FLOR |
| 02/12/02 | SERVED: |
| 02/12/02 | CITATION: GALI |
| 02/12/02 | COMPANY |
| 02/12/02 | SERVED: |
| 02/12/02 | CITATION: HART |
| 02/12/02 | SERVED: 02/ |
| 02/12/02 | CITATION: HART |
| 02/12/02 | SERVED: 02/ |
| 02/12/02 | CITATION: HART |
| 02/12/02 | MIDWEST |
| 02/12/02 | CITATION: HART |
| 02/12/02 | SERVED: 02/ |
| 02/12/02 | CITATION: HART |
| 02/12/02 | SERVED: 02/ |
| 02/12/02 | CITATION: HIGH |
| 02/12/02 | SERVED: 03/ |
| 02/12/02 | CITATION: THE |
| 02/12/02 | PENNSYLVANIA |
| 02/12/02 | SERVED: 03/ |
| 02/12/02 | CITATION: INTE |
| 02/12/02 | L.L.C. |
| 02/12/02 | SERVED: 02/ |
| 02/12/02 | CITATION: KEME |
| 02/12/02 | SERVED: 03/ |
| 02/12/02 | CITATION: KEME |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

*   *   *   C L E R K ' S   E N T R I E S   *   *   *   *

(06)    BREACH OF CONTR

00601701
KEITH T GILBERT
P.O. BOX 1984
HOUSTON, TX                77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX             78520 8786

```
02/12/02    SERVED: 03/
02/12/02    CITATION: KEMP
02/12/02    SERVED: 02/
02/12/02    CITATION: LUMB
02/12/02    SERVED:
02/12/02    CITATION: NORT
02/12/02    SERVED: 02/
02/12/02    CITATION: PAUL
02/12/02    SERVED: 03/
02/12/02    CITATION: ROYA
02/12/02    SERVED: 03/
02/12/02    CITATION: RSKC
02/12/02    SERVED:
02/12/02    CITATION: SAFE
02/12/02    AMERICA
02/12/02    SERVED: 02/
02/12/02    CITATION: SAFE
02/12/02    ILLINOIS
02/12/02    SERVED: 02/
02/12/02    CITATION: SAFE
02/12/02    PENNSYLVANIA
02/12/02    SERVED: 02/
02/12/02    CITATION: SAFE
02/12/02    SERVED: 02/
02/12/02    CITATION: SENT
02/12/02    SERVED: 02/
02/12/02    CITATION: SENT
02/12/02    COMPANY
02/12/02    SERVED: 02/
```

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * *   C L E R K ' S   E N T R I E S   * * *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

(06)

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX       78520 8786

BREACH OF CONTR

02/12/02   CITATION: SENT
02/12/02   SERVED: 02/
02/12/02   CITATION: SERV
02/12/02   SERVED: 02/
02/12/02   CITATION: SIER
02/12/02   SERVED: 02/
02/12/02   CITATION: STAT
02/12/02   SERVED: 03/ MANAGEMENT
02/12/02   CITATION: TASB SCHOOL BOARDS)
02/12/02   SERVED:
02/12/02   CITATION: TONY
02/12/02   SERVED:
02/12/02   PLTFS' RESPONS TRANSFER VENUE
02/13/02   CITATION: KEMP
02/13/02   SERVED: 03/
02/13/02   CITATION: SENT
02/13/02   SERVED: 02/
02/14/02   NOTICE OF INTE
02/14/02   AFFIDAVIT AND
           BLAKE STOCK
02/21/02   REQUESTOR/CLAI
02/21/02   CONTACT WITH T
02/21/02   CLASS MEMBE
02/25/02   APPROVAL OF TH
           NOTICE OF APPE
           BY REFERENCE /

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

*  *  *   C L E R K ' S   E N T R I E S   *  *  *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

(06)

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX       78520 8786

BREACH OF CONTR...

| Date | Entry |
|---|---|
| 02/27/02 | NOTICE OF APPE... |
| 02/28/02 | TEXAS MUTUAL I... TRANSFER VENUE |
| 02/28/02 | COUNTY OF M... BRIEF IN SUPPO... |
| 02/28/02 | AFFIDAVIT OF T... |
| 02/28/02 | ATLANTIC MUTUA... PLTFS' RESPONS... |
| 02/28/02 | MTN TO TRANS... MUTUAL INS CO'S... IN SUPPORT |
| 02/28/02 | MTN TO TRANSFE... ATLANTIC MU... |
| 02/28/02 | TO THE AFFIDAV... WITH PLTFS ... |
| 02/28/02 | TO TRANSFER VE... FILED BY ... SUBJECT TO ITS... |
| 02/28/02 | TO TRANSFER |
| 02/28/02 | NOTICE OF FILI... OF MTN TO TRAN... |
| 02/28/02 | OF LIBERTY I... |
| 02/28/02 | AFFIDAVIT OF S... OF LIBERTY MUT... |
| 02/28/02 | MTN TO TRAN... |
| 02/28/02 | AFFIDAVIT OF M... SUPPORT OF MTN... |
| 02/28/02 | VENUE OF T... CONNECTICUT(IG... |

```
RUN DATE 03/22/02
RUN TIME 3:01 PM
```

```
                              *   *   *   C L E R K ' S   E N T R I E S   *   *   *
```

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

```
00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                    77251 0000            (06)

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX                 78520 8786      BREACH OF CONTR
```

```
02/28/02  PLTFS' RESPONS
02/28/02  ABATEMENT(IGAR
02/28/02  PLTFS RESPONSE
          JURISDICTION(I
02/28/02  PLTFS' RESPONS
          APPEARANCE(IGA
03/01/02  DEFTS' MTN TO
          JOINDER /ESALA
03/01/02  DEFTS MTN FOR
          CERTIFICATION
03/01/02  DEFTS MTN TO C
          /ESALAS
03/01/02  ORIGINAL ANSWE
          INSURANCE CO
03/04/02  DEFT CRAWFORD
          JURISDICTION /
03/04/02  DEFT CRAWFORD
          DEFTS' MTN FOR
03/04/02  OF CLASS CE
          TO DISMISS FOR
03/04/02  JOINDER AND
          LOGS /ESALAS
03/05/02  DEFT ATLANTIC
          MTN FOR CONTIN
03/05/02  DEFT ATLANTIC
          CERTIFICATI
03/05/02  DEFT ATLANTIC
          MTN TO DISMIS
03/05/02  JOINDER /ES
03/05/02  DEFT ATLANTIC
```

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

VS

ROBERT S. HOWELL, D.C. ET AL

*    *    *    C L E R K ' S    E N T R I E S    *    *    *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX                       78520 8786

(06)                BREACH OF CONTR.

03/05/02    MTN TO COMPEL ,
03/05/02    /ESALAS
            DEFT COMBINED
            INC.'S SECOND S
03/05/02    MTN TO TRAN
03/05/02    DEFT BERKLEY R
            COMPANY OF TEX
03/05/02    OPPOSITION ,
            PROHIBIT DEFTS
03/05/02    COMMUNICATI
            MEMBERS/WITNES
03/06/02    CLAIMANTS/REQU
            PETITION /ESAL
03/06/02    THE UNIVERSITY
            RESPONSE TO RQ
03/06/02    CLAIMANTS' I
            WITH THE PROPO
03/06/02    MEMBERS WIT
            THE COURT /ESA
03/06/02    DEFT TEXAS MUT
            OPPOSITION OF
03/06/02    GAG-ORDER M
03/06/02    DEFTS' RESPONS
03/06/02    MTN TO PROHIBI
03/06/02    DEFT ZURICH AM
            COMPANY'S JOIN
03/06/02    FOR CONTINU
            CERTIFICATION
03/06/02    DEFT GATES MCD

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

\*      \*      \*      C L E R K ' S    E N T R I E S      \*      \*      \*      \*

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                     77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX                  78520 8786

(06)

BREACH OF CONTR...

| Date | Entry |
|------|-------|
| 03/06/02 | DEFTS' MTN FOR CLASS CERTI... |
| 03/06/02 | DEFT TIG INSUR... IN DEFTS' MTN ... |
| 03/06/02 | CONTINUANCE HEARING /ESALAS... |
| 03/07/02 | MTN TO STRIKE CONTACT WITH T... |
| 03/07/02 | CLASS MEMEB... APPROVAL OF TH... |
| 03/07/02 | ALTERNATIVE... OF MTN TO PROH... |
| 03/07/02 | CONTACT; AN... /ESALAS |
| 03/07/02 | AIG CLAIM SERV... PLTFS' RESPONS... |
| 03/07/02 | TO TRANSFER... |
| 03/07/02 | AIG CLAIM SERV... CONINUE HEARIN... |
| 03/07/02 | THE JURISDIC... |
| 03/07/02 | BERKLEY RISK A... INC.'S SUPPLEM... |
| 03/07/02 | TO TRANSFER... MANDATORY VENU... |
| 03/07/02 | BRIEF IN SU... |
| 03/08/02 | RULE 11 AGREEM... |
| 03/12/02 | ORIGINAL ANSWE... COMPANY |
| 03/13/02 | MTN TO SET FIN... |

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * * C L E R K ' S   E N T R I E S * * *

(06)

BREACH OF CONTRA...

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX          77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX          78520 8786

03/13/02   COMBINED INDEPE...
           NOTICE OF JOIN...
03/14/02   ORIGINAL ANSWER
03/14/02   ORIGINAL ANSWER
           CO.
03/14/02   DEFT HIGHLANDS...
           TO TRANSFER VEN...
03/18/02   ORIGINAL ANSWER
           MANAGEMENT, INC...
03/18/02   ORIGINAL ANSWER
           INC.
03/18/02   ORIGINAL ANSWER
           OF NORTH TEXAS,...
03/18/02   ORIGINAL ANSWER
           INSURANCE COMP...
03/18/02   ORIGINAL ANSWER
           MUTUAL COMPANY
03/18/02   ORIGINAL ANSWER
           TEXAS
03/18/02   ORIGINAL ANSWER
           COMPANY
03/18/02   PLTFS' SUPPLEME...
03/19/02   MTN TO TRANSFER
03/19/02   DEFT INTERNATIO...
           MTN TO TRANSFE...
03/19/02   ANSWER /ESALAS...
           TO THE JURIS...
03/19/02   ORIGINAL ANSWER
           SOLUTIONS, L.L....
03/19/02   ORIGINAL ANSWER

RUN DATE 03/22/02
RUN TIME 3:01 PM

TEXAS MUTUAL INSURANCE COMPANY ET AL

ROBERT S. HOWELL, D.C. ET AL

VS

* * * C L E R K ' S   E N T R I E S * * * *

00601701
KEITH T GILBERT
P.O.BOX 1984
HOUSTON, TX                         77251 0000

00003508
HON. JEFFREY ROERIG
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE TX                      78520 8786

(06)
BREACH OF CONTRA...

| Date | Entry |
|---|---|
| 03/20/02 | COMPENSATION IN... |
| 03/21/02 | ORIGINAL ANSWE... |
| 03/21/02 | CAS-CLAIMS ADMI... INC'S MTN TO TH... |
| 03/21/02 | CLAIMS(IGAR... |
| 03/21/02 | AFFIDAVIT OF BA... OF CAS-CLAIMS |
| 03/21/02 | ADMINISTRA... TO TRANSFER VEN... |
| 03/21/02 | CAS-CLAIMS ADMI... INC'S MTN TO AF... |
| 03/21/02 | CAS-CLAIMS ADMI... INC'S PLEA TO J... JURISDICTIO... SUBJECT TO ITS... |
| 03/21/02 | TRANSFER VI... |
| 03/21/02 | ABATE(IGARCIA)... |
| 03/22/02 | RULE 11 AGREEM... |
| 03/22/02 | ORIGINAL ANSWE... INSURANCE |
| 03/22/02 | ORIGINAL ANSWE... SOCIETY |

NO. 2001-12-5162-A

| | |
|---|---|
| ROBERT S. HOWELL, D.C.; FIRST RIO VALLEY, P.A.; EAST SIDE SURGERY CENTER, INC; U.S. IMAGING, INC; U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC; FANNIN STREET IMAGING, INC; EAST SIDE IMAGING, INC; STEEPLECHASE DIAGNOSTICS, INC; SAN ANTONIO DIAGNOSTICS IMAGING, INC. For Themselves and All Other Similarly Situated | IN THE DISTRICT COURT OF |
| *Requestor/Claimants* | |
| v. | CAMERON COUNTY, TEXAS |
| TEXAS MUTUAL INSURANCE COMPANY; COMBINED INDEPENDENT AGENCIES, INC.; GAB ROBINS NORTH AMERICA, INC.; AIG CLAIM SERVICES, INC.; BERKLEY RISK ADMINISTRATORS OF TEXAS, INC. on Behalf of Texas Political Subdivisions; CNA INSURANCE COMPANY; THE UNIVERSITY OF TEXAS AT AUSTIN, TEXAS; TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL; ZURICH AMERICAN INSURANCE CO.; GATES McDONALD; TRAVELERS INDEMNITY COMPANY OF CONN.; THE TRAVELERS – DALLAS CL CLAIM; ATLANTIC MUTUAL INSURANCE CO.; TIG INSURANCE COMPANY; THE TRAVELERS – HOUSTON CL CLAIM; WAUSAU INSURANCE COMPANY; CRAWFORD & COMPANY; CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC. | FILED _____ O'CLOCK ____ M AURORA DE LA GARZA DIST. CLERK DEC 0 7 2001 DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| *Respondents.* | 107 TH JUDICIAL DISTRICT |

## CLAIMANT/REQUESTOR'S ORIGINAL PETITION

TO THE HONORABLE JUDGE:

    COMES NOW, ROBERT S. HOWELL, D.C.; FIRST RIO VALLEY MEDICAL,

P.A.; EAST SIDE SURGERY CENTER, INC; U.S. IMAGING, INC; and U.S.

Ori.Pet                                               **Page 1 of 18**



EXHIBIT

1

ANESTHETIC, P.A.; FORT BEND IMAGING, INC; FANNIN STREET IMAGING, INC; EAST SIDE IMAGING, INC; STEEPLECHASE DISGNOSTICS, INC; SAN ANTONIO DIAGNOSTICES IMAGING, INC, bring this action on the instant Claimant/Requestor's Original Petition for themselves and for all others similarly situated (Texas health care providers providing health care services to injured workers under the statutory regulations of the Texas Labor Code and the Texas Administrative Code (28 Tex. Admin. Code)), complaining of: Texas Mutual Insurance Company; Combined Independent Agencies, Inc.; GAB Robbins North America, Inc.; AIG Claim Services, Inc.; Berkley Risk Administrators of Texas, Inc., on behalf of Texas Political Subdivisions; CNA Insurance Company; The University of Texas at Austin, Texas; Texas Municipal League Intergovernmental Risk Pool; Zurich American Insurance Company; Gates McDonald (Third Party Administrators); Travelers Indemnity Company of Conn.; The Travelers – Dallas CL Claim; Atlantic Insurance company, The Travelers – Houston CL Claim; Wausau Insurance Company, Crawford & Company; Cunningham Lindsey Claims Management, Inc., Class defendants, and for **just cause** would show unto the Court as follows:

## REFERENCE TO PARTIES

(i)    The parties will be referenced throughout this Petition in their respective descriptive litigation capacity, (Requestor/Claimants and Respondents). In addition, included by reference in the designation "Requestor/Claimants" is the putative class alleged. Further, the parties may be referred to by proper name or as the syntax may otherwise indicate.

## JURISDICTION

(ii)    This Court has jurisdiction of Requestor/Claimants and Respondents because they

are residents of Texas or legal entities who are amenable to service under Tex.

Civ. Prac. & Rem Code § 17.042.

## CLASS DEFINITION

(iii)    Requestor/Claimants seek certification of this suit as a class action pursuant to

Texas Rules of Civil Procedure Rule 42. The class encompasses:

**All persons, health care providers, individually or as a business entity, who
provide health care services or health care benefits as defined under the
Texas Labor Code for the benefit of injured workers as defined under the
Texas Labor Code and Texas Administrative Code who have submitted
medical bills or bills for the performance of medical services under the
statutory scheme as defined under the Texas Labor Code and the Texas
Administrative Code. This class includes all such persons or entities for
which a request for payment for medical services has been tendered to
respondents (and those similarly situated in Texas), in accordance with the
statutory scheme defined under the Texas Labor Code and Texas
Administrative Code, and who were paid after 60 days of receipt without the
payment of statutory interest.**

## CLASS CRITERIA

(iv)    Texas Rules of Civil Procedure Rule 42(a) presents five requirements that

must be met in considering class certifications; numerosity, commonality,

typicality, adequacy and predominance.

## NUMEROSITY, TRCP 42(a)(1), IMPRACTICABILITY OF JOINDER TRCP 42(a)(1), and MANAGEMENT, TRCP 42(b)(4)(d)

(v)    The class, as proposed, consists of a finite number of licensed health care

providers in the State of Texas numbering approximately 20,000. There can

be no legitimate objection raised as to the impracticability of joining each

individual health care provider as a requestor/claimant.

Ori.Pet                                                Page 3 of 18

(vi)    The health care providers comprising the class is a finite number that can be determined from the respondents business records. Notice to such a well-defined group can be accomplished. The claims of all class members are capable of orderly and efficient administration and adjudication because of such facility of notice and ease of location.

## COMMON QUESTIONS OF LAW OR FACT, TRCP 42(a)(2) AND PREDOMINANCE, TRCP 42(b)(4)

(vii)    Common issues of law or fact exist as to respondents' business conduct relative to the Requestor/Claimants and class. Further, the common issues of law or fact extant in this action predominate over solely individual questions pertaining to the Requestor/Claimants or absent class members. These common issues are as follows:

- All requestor/claimants and respondents are subject to the same statutory guidelines under the Texas Labor Code and the Texas Administrative Code.

- There are approximately 20,000 requestor/claimants who have submitted requests for payments for medical services rendered under the statutory scheme known as Texas Workers' Compensation. These requestor/claimants have received payment (on information and belief) 60 or more days after the date the respondent received the medical bill.[1] Therefore as a matter of law, requestor/claimants are due interest. Respondents have failed to pay interest as required by statute.

- The unlawful withholding of payments for interest has had uniform adverse impact on the named requestor/claimants and absent class members. Each of the members of the class defined herein has become a victim of the respondents' wrongful conduct occasioned by the respondents' unlawful delay or complete failure to pay interest as ordered by statute.

---

[1] Named Requestor/Claimants have tendered requests for payment and have received payment from respondents. Payments from respondents were made on or after 60 days. Payments made by respondents did not include interest as required by statute.

Ori.Pet                                                       Page 4 of 18

- While class members economic damages and losses are in differing amounts, the legal cause of each class members' loss was the respondents' act of unlawfully refusing or failing to pay interest on all medical bills received and paid more than 60 days from receipt. Such behavior, indirect violation of statute, cannot reasonably be mistaken for proper conduct, and is therefore the issue that predominates over all others.

## TYPICALITY, TRCP 42 (a)(3) AND ADEQUACY TRCP 42 (a)(4)

(viii)    The named requestor/claimants, as proposed class representatives and the absent class members of the proposed class each and all have tangible and legally prosecutable interests at stake in this action. Because each such entity has been the victim of the unlawful conduct of the respondents and their universal, consistent and collective conduct of wrongfully withholding interest payments as required by statute, each class member has suffered the effect and fact of economic damages. The impact of the Respondents' conduct is universally detrimental and typical on the class.

(ix)    The claims of the proposed class representatives and absent class members have a common basis and such claims originate from the same type of unlawful behavior by the respondents as described next above as well as in the following allegations and text denominated as "Factual Basis"

(x)    The proposed class representatives and the absent class members state claims and legal theories for which the pleadings and proof requirements are identical. Each plaintiff and absent class member pleads and prosecutes the instant claim for relief upon the same substantive and remedial theories. If each absent class member brought an independent action to recover amounts of money unlawfully withheld from requestor/claimants, each necessarily

Ori.Pet

would be required to plead the same allegation upon the same, or substantially same or identical facts, and upon the same legal theories entitling each class member to the restitution sought in the instant case.

(xi)    The similarity between and among the claims and remedial theories pursued by the named class representatives and the absent class members constitutes sufficiently aligned interest so as to ensure that the universal claim encompassing them will be prosecuted with diligence and care.  The named class representatives' self interests are co-extensive with those of all absent class representatives similarly *ipso facto* will be similarly pursing the self interests of each absent class member.

(xii)   The named requestor/claimants have engaged the professional services of Gilbert & Maxwell.  It is represented to the Court that counsels have extensive experience in complex litigation, have retained consulting counsel who have extensive experience in class actions and have adequate resources available for class action litigation and will adequately prosecute this action and will protect and competently represent the interest of the named requestor/claimants and absent class members.  Gilbert & Maxwell represent in excess of 80 health care providers in the State of Texas on matters of workers' compensation.  Gilbert & Maxwell are currently counsel on interest litigation (derived out of the Texas Workers' Compensation Scheme) on more that 400 individual cases in Cameron County, Texas.

Ori.Pet

## SUPERIORITY OF CLASS ACTION, TRCP 42(b)(4)

(xiii)    A class action is superior to other available methods for fair and efficient adjudication of this controversy.  Not only is individual joinder of all members of the class impracticable, but the damages suffered by some class members may be relatively small, and the expense and burden of the individual litigation would make it difficult or impossible for individual class members to redress the wrongs done to them.  The costs to the court system of adjudicating such individual litigation would also be excessive and prohibitive.  Individualized litigation would also present the likelihood of inconsistent or contradictory judgments.  Individual litigation would increase the delay and expense to all parties and the court system as a result of multiple, repetitive trials of the same issues and legal theories.  In this action, the procedural vehicle provided in TRCP Rule 42 for class actions would benefit the administration of civil justice by effectuating a conservation of judicial, party and attorney resources as well as presenting the court with a management device to achieve justice economically while protecting the substantive rights of the parties and class.

## DISCOVERY LEVEL 3.

Requestor/Claimant affirmatively pleads that the total amount of recovery sought at this time is in excess of $50,000.00.

## 1. PARTIES

1.1    Requestor/Claimant, Robert S. Howell, D.C., is an individual who has his primary place of business in Cameron County, Texas at all times material hereto.

1.2     Requestor/Claimant, First Rio Valley Medical, P.A., is a professional association who has its primary place of business in Cameron County, Texas, at all times material hereto.

1.3     Requestor/Claimant, East Side Surgery Center, Inc., is a corporation who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, whose joinder does not unnecessarily prejudice any other party, and whose maintaining venue in Cameron County, Texas is fair and convenient.

1.4     Requestor/Claimant, U.S. Imaging, Inc., is a corporation who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, whose joinder does not unnecessarily prejudice any other party, and whose maintaining venue in Cameron County, Texas is fair and convenient.

1.5     Requestor/Claimant, U.S. Anesthetics, P.A., is a professional association who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, whose joinder does not unnecessarily prejudice any other party, and whose maintaining venue in Cameron County, Texas is fair and convenient.

1.6     Requestor/Claimant, Fort Bend Imaging, Inc., is a corporation who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, whose joinder does not unnecessarily prejudice any other party, and who's maintaining venue in Cameron County, Texas, is fair and convenient.

1.7    Requestor/Claimant, Fannin Street Imaging, Inc., is a corporation who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, whose maintaining venue in Cameron County, Texas does not unfairly prejudice another party to this suit, and whose joinder in Cameron County, Texas is fair and convenient.

1.8    Texas Workers' Compensation Commission is a government agency, who does not have a vested interest in the outcome of this litigation. However, in that the applicability of a Commission rule may be determined, the Commission is being provided with notice to enable the Commission to make an appearance. Texas Workers' Compensation Commission may be served with process by serving its Executive Director, Len Riley, Southfield Building, 4000 S. IH-35, Austin, Travis County, Texas 78704-7491.

1.9    Requestor/Claimant, East Side Imaging, Inc, is a health care provider who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, who's maintaining venue in Cameron County, Texas does not unfairly prejudice another party to the suit, and whose joinder is fair and convenient.

1.10    Requestor/Claimant, Steeplechase Diagnostics, Inc., is a health care provider who provides health care services under the Texas Workers' Compensation System whose joinder in the suit is proper under the Texas Rules of Civil Procedure, who's maintaining venue in Cameron County, Texas does not unfairly prejudice another party to the suit, and whose joinder is fair and convenient.

1.11    Requestor/Claimant, San Antonio Diagnostics Imaging, Inc., is a health

Ori.Pet                                                            Page 9 of 18

care provider who provides health care services under the Texas Workers'
Compensation System whose joinder in the suit is proper under the Texas
Rules of Civil Procedure, who's maintaining venue in Cameron County,
Texas does not unfairly prejudice another party to the suit, and whose
joinder is fair and convenient.

1.12   Respondent, Traveler's Indemnity Company of Connecticut, is an insurance
company who may be served citation by serving C.T. Corporation System, 350
North St. Paul Street, Dallas, Texas 75201.

1.13   Respondent, Texas Mutual Insurance Company, is a state created insurance
company (for purposes of this litigation) who may be served by serving Patricia
Eads, 221 W. 6th Street, Suite 330, Austin, Texas 78701-3403.

1.14   Respondent, Combined Independent Agencies, Inc., is a corporation who may be
served with service by serving its registered agent. Requestor/Claimants will
amend with the name and address of Combined Independent Agencies, Inc.'
registered agent.

1.15   Respondent, GAB Robbins North America, is an insurance company who may be
served with service by serving the Texas Commissioner of Insurance, 333
Guadalupe Street, Austin, Texas 78701-3938.

1.16   Respondent, AIG Claims Services, Inc., is a third party administrator who may be
served with service by serving Corporation Service Company, 800 Brazos, Suite
750, Commodore 1, Austin, Texas 78701.

1.17   Respondent, Berkley Risk Administrators of Texas, Inc., on behalf of Texas
Political Subdivisions is a corporation who may be served with service by serving
its agent for service James W. Simpson, 12720 Hillcrest Road, Suite 1010, Dallas,
Texas 75230-2047.

1.18   Respondent, CNA Insurance Company, is an insurance company who may be
served with service by serving C.T. Corporation, 350 N. St. Paul Street, Dallas,

Texas 75201.

1.19    Respondent, <u>The University of Texas at Austin, Texas</u>, is a subdivision of the State of Texas who may be served by serving Texas Attorney General John Cornyn, Tort Litigation Division, P.O. Box 12548, Austin, Texas 78711-2548.

1.20    Respondent, <u>Texas Municipal League Intergovernmental Risk Pool</u>, is a subdivision of the State of Texas who may be served by serving by serving Texas Attorney General John Cornyn, Tort Litigation Division, P.O. Box 12548, Austin, Texas 78711-2548.

1.21    Respondent, <u>Zurich American Insurance Company</u>, is an insurance company who may be served by serving Gary Sudol, 9330 LBJ Freeway, Suite 1200, Dallas, Texas 75243.

1.22    Respondent, <u>Atlantic Mutual Insurance Company</u>, is an insurance company who may be served by serving Nicholas Peters, 12801 N. Central Expressway, Suite 100, Dallas, Texas 75243-1732.

1.23    Respondent, <u>Gates McDonald & Company</u>, is a third party administrator for insurance companies who may be served by serving the Texas Commissioner of Insurance, 333 Guadalupe Street, Austin, Texas 78701-3938.

1.24    Respondent, <u>TIG Insurance Company</u>, is an insurance company who may be served by serving Frank A. Montemarano, 5205 North O'Connor Blvd. Irving, Texas 75039.

1.25    Respondent, <u>Wausau County Insurance Company</u>, is an insurance company who may be served by serving C.T. Corporation, 350 N. St. Paul Street, Dallas, Texas 75201.

1.26    Respondent, <u>Crawford & Company</u>, is a third party administrator who may be served with service by serving its registered agent. Requestor/Claimant will amend with the name and address of Crawford & Company's registered agent.

1.27    Respondent, <u>Cunningham Lindsey Claims Management</u>, Inc is an insurance

Ori.Pet

company who may be served by serving C.T. Corporation, 350 N. St. Paul Street, Dallas, Texas 75201.

1.28    Respondent, <u>Liberty Mutual Insurance Company</u>, is an insurance company who may be served by serving C.T. Corporation, 350 N. St. Paul Street, Dallas, Texas 75201.

## 2. VENUE

2.1    Venue is proper in Cameron County, Texas because Requestor/Claimant's principal place of business is in Cameron County, Texas, or Cameron County, Texas is the county in which all or substantially part of the events or omission giving rise to claims occurred, or joinder or intervention by the additional requestor/claimants is proper under the Texas Rules of Civil Procedure, maintaining venue in the Cameron County, Texas does not unfairly prejudice another party to the suit, there is an essential need for additional claimant/requestors to have the claim tried in Cameron County, Texas concurrent herewith, and Cameron County, Texas is a fair and convenient venue for the requestor/claimants seeking relief.

2.2    Venue is proper in Cameron County, Texas because respondents are amenable to venue in Cameron County, Texas in that policies of insurance issued by respondents provide coverage for claimants in Cameron County, Texas. Respondents have tendered payment to requestor/claimants in Cameron County, Texas.

2.3    Venue is proper in Cameron County, Texas pursuant to the Texas Labor Code which provides for enforcement of Commission orders in the county of the claimant. *See also* CPRC §15.038

2.4    Venue is proper in Cameron County, Texas because named political subdivisions are amenable to venue in Cameron County, Texas. CPRC § 15.0151.

2.5    Venue is proper in Cameron County, Texas under the fundamental fairness

Ori.Pet

doctrine.

## 3. FACTUAL BASIS

3.1    On at least thousands of occasions annually, since the enactment of the statute, Claimant/Requestors and those similarly situated have submitted medical bills in accordance with the statutory scheme defined under the Texas Labor Code and the Texas Administrative Code (a/k/a Texas Workers' Compensation Laws).  The medical bills have been paid on at least thousands of occasions  annually by respondents since the enactment of the statute.   On at least thousands of occasions annually since the enactment of the statute the respondents have failed to pay interest on all medical bills which were paid after 60 days of receipt.

3.2    28 Tex. Admin. Code 133.304(q) reads "All payments of medical bills that an insurance carrier makes on or after the 60th day after the date the insurance carrier originally received the complete medical bill *shall include interest calculated in accordance with 28 Tex. Admin. Code 134.803* of this title (relating to Calculating Interest for Late Payment on Medical Bills and Refunds).  Interest shall be paid from the 60th day after the date of receipt of the complete medical bill to the date of payment, **without order of the Commission.**" *Emphasis added.*

3.3    Though required by statute to pay interest to the requestor/claimants on all medical bills which were paid to requestor/claimants on or after the 60th day, respondents, as a class, jointly and severally, have delayed or completely failed or refused to do so.

3.4    Respondents have been provided with notice numerous times of their violations.  Despite previous notice the respondents have refused to comply with the statutory requirement to pay interest to requestor/claimants.

3.5    Requestor/Claimants have exhausted all their required administrative

Ori.Pet                                                                    Page 13 of 18

remedies prior to instigating litigation.

3.6    Requestor/Claimants seek remedies and causes of action which are unavailable for adjudication under the Texas Workers' Compensation Scheme.

## 4. CAUSES OF ACTION

4.1    Claimant/Requestors are entitled to seek enforcement of the order of the commission through the Court. Claimant/Requestors are also entitled to interest, penalties and attorneys' fees in order to enforce this order.[2]

4.2    Requestor/Claimants bring this cause of action for debt.

4.3    Requestor/Claimants bring this cause of action for constructive fraud.

4.4    Requestor/Claimants bring this cause of action for violations of the Texas Insurance Code 21.21.

4.5    Requestor/Claimants bring this cause of action for violations of the Texas Business & Commerce Code 17.46 *et seq.*

4.6    Requestor/Claimants bring this cause of action for violations of the Texas Labor Code.

4.7    Requestor/Claimants bring this cause of action for unjust enrichment.

4.8    Requestor/Claimants bring this cause of action for unconscionability.

4.9    Requestor/Claimants bring this cause of action for conversion.

4.10    Requestor/Claimants bring this cause of action for an accounting.

4.11    Requestor/Claimants bring this cause under the Texas Civil Practice & Remedies Code 37.001 *et seq.*

4.12    Requestor/Claimant brings this cause of action for civil conspiracy.

## 5. DAMAGES

5.1    Requestor/Claimants seek liquidated and unliquidated damages.

---

[2] Requestor/Claimants are entitled to enforce compliance with this provision, by respondents, of the Texas Labor Code without an order of the commission under the plain language of the statutes.

5.2    Requestor/Claimants seek an additional 12% as statutory penalties.

5.3    Requestor/Claimants are entitled to all costs incurred, including attorneys' fees and expenses, and costs to mitigate his damages.

5.4    Requestor/Claimants seek punitive damages on a showing of that the respondents' actions were reckless or with knowledge.

5.5    Requestor/Claimants request that a constructive trust be created by the court to require the respondents to disgorge all benefits obtained by their unlawful conduct and unjust enrichment.

5.6    Requestor/Claimants request that the Court require an accounting by all respondents (at the expense of the Respondents) to account for all payments made to the class of health care providers to enable the Court to determine the total number of claims on which interest was not paid by respondents in accordance with the Texas Labor Code and Tex. Admin. Code.

## 6. ATTORNEY'S FEES

6.1    Requestor/Claimant has had to employ the services of the undersigned attorney and requests reasonable and necessary attorneys' fees. In the event of an appeal, Plaintiff pleads for such additional attorney's fees as may be proven. In the event of a writ to the Texas Supreme Court Requestor/Claimants requests reasonable and necessary attorneys' fees as may be proven. Requestor/Claimant pleads for all reasonable and necessary attorneys' fees which are subsequently proven.

6.2    Requestor/Claimants, therefore sues respondents, jointly and severally, for such reasonable attorney's fees.

## 7. COURT COSTS

7.1    Requestor/Claimant request that they recover from the Respondents, all costs incurred, whether taxable or supplemental, pursuant to Rule 131 Texas Rules of Civil Procedure.

Ori.Pet                                         Page 15 of 18

## 8. PRE- AND POST- JUDGMENT INTEREST

8.1   Requestor/Claimants request that they be granted pre-judgment interest at the maximum rate allowed by law or in equity or in particularized statute, together with post-judgment interest at the maximum rate allowed by law from the date of judgment until the judgment has been paid in full.

## 9. CONDITIONS PRECEDENT

9.1   All conditions precedent to Requestor/Claimants' right to bring this action and to recover their damages and to Respondent's liability has been performed or has occurred.

## 10. ADOPTION BY REFERENCE

10.1   Except as otherwise expressly set forth or implied by context, all statements set forth in each paragraph of this pleading are adopted by reference and incorporated into each and every other section and paragraph of this pleading to afford Requestor/Claimants their maximum recovery and relief and for purposes of providing fair notice of Requestor/Claimants' allegations.

## P R A Y E R

**WHEREFORE, PREMISES CONSIDERED,** Requestor/Claimants, prays that, on final hearing hereof, they be awarded judgment for liquidated and unliquidated damages against respondents, an additional 12% interest as penalty; that Requestor/Claimant be awarded all costs and expenses incurred to mitigate their damages; attorneys' fees (as may be proven) up through trial, additional attorneys' fees in the event of appeal to the appellate court, additional attorneys' fees for a writ to the Texas Supreme Court; expenses and costs of court, whether taxable or supplemental; that Requestor/Claimants be granted pre- and post-judgment interest as provided by law or in equity or statute; that Requestor/Claimants be awarded such exemplary damages commensurate with the

Ori.Pet                                                                        **Page 16 of 18**

wrong and the degree of culpability of Respondents; and that Requestor/Claimants receive such other and further relief, general or special, legal or equitable, to which they may be justly entitled.

Respectfully submitted:

GILBERT & MAXWELL

By: _____

Keith T. Gilbert
State Bar No. 07898600
William Maxwell
State Bar No. 24028775
Post Office Box 1984
Houston, Texas 77251
(713) 739-1984 Telephone
(713) 739-1985 Telecopier
ATTORNEY FOR
RESPONDENT/CLAIMANTS

REYNALDO G. GARZA, III

By: _____

Reynaldo G. Garza, III
State Bar No. 24008806
680 East St. Charles, Suite 120
Brownsville, Texas 78520
(956) 574-9502 Telephone
(956) 574-9506 Telecopier
ATTORNEY FOR
RESPONDENT/CLAIMANTS

Ori.Pet

Page 17 of 18