

OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

MAIL

United States District Court
Southern District of Texas
RECEIVED

APR 0 1 2002

10:14 pm ud
Michael N. Milby, Clerk

March 28, 2002

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

Clerk, United States District Court
Southern District of Texas at Brownsville
ATTN: Olivia Gutierrez
600 E. Harrison, Room 101
Brownsville, Texas 78520

    Re: Cause No. B-02-56; Howell v. Texas Mutual Insurance Company et al.

Dear Ms. Gutierrez:

    Pursuant to our phone conversation earlier this morning, this letter is to notify you that I represent the Texas Workers Compensation Commission, an interested non-party to this case.

    Although the Commission was aware of the state court proceeding, it was not named as a party defendant nor had the Commission intervened. It is my understanding that the Plaintiffs have removed the state court case to your court, but the Commission is still not a defendant. The Commission, however, asks that you provide through me, copies of the pleadings, orders and other notices in the case so it may be informed of the proceedings if this is possible.

    Please call me if you have any question, and thank you for your assistance.

Sincerely,

Dewey E. Helmcamp III
Assistant Attorney General
Administrative Law Division
Bar No. 09389000
(512) 475-4300
(512) 320-0167 FAX