UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT S. HOWELL, D.C., FIRST RIO VALLEY, P.A.,; EAST SIDE SURGERY CENTER, INC.; U.S. IMAGING, INC.; U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC.; FANNIN STREET IMAGING, INC.; EAST SIDE IMAGING, INC.; STEEPLECHASE DIAGNOSTICS, INC.; SAN ANTONIO DIAGNOSTICS IMAGING, INC., For Themselves and All Other Similarly Situated, § § § § § § § § § § § | |
| Requestor/Claimants, § § | |
| v. § § | |
| TEXAS MUTUAL INSURANCE COMPANY; COMBINED INDEPENDENT AGENCIES, INC.; GAB ROBINS NORTH AMERICA, INC.; AIG CLAIM SERVICES, INC.; BERKLEY RISK ADMINISTRATORS OF TEXAS, INC. on Behalf of Texas Political Subdivisions; CNA INSURANCE COMPANY; THE UNIVERSITY OF TEXAS AT AUSTIN, TEXAS; TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL; ZURICH AMERICAN INSURANCE CO.; GATES McDONALD; TRAVELERS INDEMNITY COMPANY OF CONN.; ATLANTIC MUTUAL INSURANCE CO.; TIG INSURANCE COMPANY; THE WAUSAU INSURANCE COMPANY; CRAWFORD & COMPANY; CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC., § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-CV-056 |
| Respondents. § § | |

**PLAINTIFFS' NOTICE OF DISMISSAL OF
AETNA INSURANCE COMPANY OF AMERICA**

Plaintiffs Robert S. Howell, D.C., First Rio Valley, P.A., East Side Surgery Center, Inc., U.S. Imaging, Inc., U.S. Anesthetic, P.A., Fort Bend Imaging, Inc., Fannin Street Imaging, Inc., East Side Imaging, Inc., Steeplechase Diagnostics, Inc., San Antonio Diagnostics Imaging, Inc.

HOU:773904.1

-2-

(collectively "Plaintiffs") file this Notice of Dismissal without prejudice of their claims and causes of action against Aetna Insurance Company of America. Aetna Insurance Company of America has not served an answer or otherwise appeared in this matter, and Plaintiffs therefore may dismiss their claims against this entity without order of the Court by filing this notice of dismissal pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

**MOORE, LANDREY, L.L.P.**

By: *[signature]*
Ethan L. Shaw
State Bar No. 18140480
390 Park Street, Suite 500
Beaumont, Texas 77001
Telephone: (409) 835-3891
Facsimile: (409) 835-2707

OF COUNSEL:
Reynaldo G. Garza, III
State Bar No. 24008806
680 East St. Charles, Suite 120
Brownsville, Texas 78520
Telephone: (956) 574-9502
Facsimile: (956) 574-9506

Ernesto Gamez, Jr.
State Bar No. 07606600
777 E. Harrison
Brownsville, Texas 78520-7118
Telephone: (956) 541-3820
Facsimile: (956) 541-7694

**GILBERT & MAXWELL**
Keith T. Gilbert
State Bar No. 07898600
William Maxwell
State Bar No. 24028775
P. O. Box 1984
Houston, Texas 77251
Telephone: (713) 739-1984
Facsimile: (713) 739-1985

ATTORNEYS FOR PLAINTIFFS

HOU:773904.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been mailed certified, return receipt requested to the following counsel of record, on this the 2nd day of April, 2002.

Sara Scribner
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
rep: U.T. Austin System

James Sowder
Robert Wellenberger
Thompson Coe Cousins & Irons, L.L.P.
200 Crescent Court, 11th Street
Dallas, TX 75201
rep: Gates McDonald/TIG Ins. Co./
Zurich American/AIG Claim Services, Inc./
Sentry Select/Sentry Insurance

Rene Oliveira
Roerig, Oliveira & Fisher, L.L.P.
506 East Dove
McAllen, TX 78504
rep: Gates McDonald/ TIG Ins. Co./
Zurich American/AIG Claim Services, Inc./
Sentry Select/Sentry Insurance

Mike Mills
Atlas & Hall, L.L.P.
Professional Arts Building
818 Pecan
McAllen, TX 78502-3725
rep: Texas Mutual Ins. Co.

Pete Schenkkan
Graves, Dougherty, Hearon & Moody
515 Congress, Ste. 2300
Austin, TX 78701
rep: Texas Mutual Ins. Co.

Larry Germer
Germer Bernsen & Gertz
805 Park Street
Beaumont, TX 77701
rep: Texas Mutual Ins. Co.

Charles S. Figerio
Law Office of Charles S. Figerio
111 Soledad, Ste. 840
San Antonio, TX 78205
rep: Cunningham Lindsey Claims Mgmt. Inc.

Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, TX 78401
rep: Travelers Indemnity Company of Connecticut

Hollis Horton
Orgain Bell & Tucker
P.O. Box 1751
Beaumont, TX 77704-1751
rep: Travelers Indemnity Company of Connecticut

Jerry Shiely
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
10100 Reunion Place
San Antonio, TX 78216-4186
rep: GAB Robins North America, Inc.

James H. Hunter, Jr.
Jon D. Brooks
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
Brownsville, TX 78523-3509
rep: Berkley Risk Administrators of Texas, Inc.

Barry A. Moscowitz
Mark C. Roberts, II
Henslee, Fowler, Hepworth & Schwartz, L.L.P.
6688 North Central Expressway, Ste. 850
Dallas, TX 75201
rep: Combined Independent Agencies

Keith B. O'Connell
O'Connell & Benjamin, L.L.P.
153 Treeline Park, Ste. 200
San Antonio, TX 78209
rep: Atlantic Mutual Insurance Co.

Brett T. Reynolds
Blakeley & Reynolds, P.C.
1250 N.E. Loop 410, Ste. 420
San Antonio, TX 78209
rep: Crawford & Co.

Jeffrey Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520-8786
rep: Texas Municipal League
InterGovernmental Pool/TASB

David L. Plaut
Catherine L. Hanna
Hanna & Plaut, L.L.P.
106 East Sixth Street, Ste. 520
Austin, TX 78701
rep: Liberty Mutual Insurance/
Employers Insurance of Wausau

Charles Willette, Jr.
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, TX 78521
rep: Liberty Mutual Ins. Co./
Employers Insurance of Wausau

Craig Smith
Director of Legal Services
Texas Worker's Compensation Commission
4000 South IH-35
Austin, TX 78704-7491
rep: TWCC

John C. Wander
Brian E. Robinson
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
rep: CNA Lloyd's Insurance Co.

Ruben R. Pena
Law Office of Ruben R. Pena, P.C.
P.O. Box 530160
Harlingen, TX 78550
rep: CNA Lloyd's Insurance Co.

Michael Phillips
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027-7523
rep: Highlands Ins. Co.

Edward Tuddenham
Attorney at Law
1203 Newning Avenue
Austin, TX 78704
rep: International Solutions LLC

Jack W. Latson
Flahive, Ogden & Latson
505 West 12th Street
Austin, TX 78701
rep: Advantage W/C Ins. Co.

Brent L. Watkins
Zeleskey Cornelius
P.O. Drawer 1728
Lufkin, TX 75902-1728
rep: American Interstate Ins. Co.

David T. Moran
Kevin T. Crocker
Jackson Walker LLP
901 Main, Ste. 6000
Dallas, TX 75202
rep: Federal Ins. Co.

David Healey
Dolores Cavatore
Weil Gotshal & Manges LLP
700 Louisiana, Ste. 1600
Houston, TX 77002
rep: Hartford

Richard W. South
Mahon B. Garry
Wright & Greenhill, P.C.
221 W. 6th Street, Ste. 1800
Austin, TX 78701
rep: Royal & Sunalliance/ EBI Companies, Inc.

Steve Backhaus
Lewis & Backhaus, PC
12850 Spurling Dr., Ste. 210
Dallas, TX 75230
rep: Colonial Casualty Ins. Co.

Bradley D. McClellan,
Asst Attorney General
Tort Litigation Division
P.O. Box 12548
Austin, TX 78711-2548
rep: State Office of Risk Management (SORM)

Anthony Icenogle
DeLeon, Boggins & Icenogle
221 West 6th St., Ste. 1050
Austin, TX 78701
rep: Service Lloyds Ins Co.

Paul K. Nesbitt
Kelly Sutter & Kendrick
3050 Post Oak Blvd. Ste. 200
Houston, TX 77056-6570
rep: CAS-Claims Administrative Services, Inc.

Stephen K. Yungblut
Jenkens & Gilchrist
1445 Ross, Ste. 3200
Dallas, TX 75202
rep: American Risk Funk Insurance

David J. Schubert
Blake S. Evans
Arter & Hadden LLP
1717 Main St., Ste. 4100
Dallas, TX 75201-4605
rep: Cuna Mutual Ins. Society

Chad M. Pinson
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
rep: North American Ins. Co.

John B. Shely
Andrews & Kurth
Mayor, Day, Caldwell & Keeton
600 Travis, Ste. 4200
Houston, TX 77002
rep: Aetna

_____
ETHAN L. SHAW