UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT S. HOWELL, D.C., FIRST RIO VALLEY, P.A.; EAST SIDE SURGERY CENTER, INC.; U.S. IMAGING, INC.; U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC.; FANNIN STREET IMAGING, INC.; EAST SIDE IMAGING, INC.; STEEPLECHASE DIAGNOSTICS, INC.; SAN ANTONIO DIAGNOSTICS IMAGING, INC., For Themselves and All Other Similarly Situated,<br><br>  Requestor/Claimants,<br><br>v.<br><br>TEXAS MUTUAL INSURANCE COMPANY; COMBINED INDEPENDENT AGENCIES, INC.; GAB ROBINS NORTH AMERICA, INC.; AIG CLAIM SERVICES, INC.; BERKLEY RISK ADMINISTRATORS OF TEXAS, INC. on Behalf of Texas Political Subdivisions; CNA INSURANCE COMPANY; THE UNIVERSITY OF TEXAS AT AUSTIN, TEXAS; TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL; ZURICH AMERICAN INSURANCE CO.; GATES McDONALD; TRAVELERS INDEMNITY COMPANY OF CONN.; ATLANTIC MUTUAL INSURANCE CO.; TIG INSURANCE COMPANY; THE WAUSAU INSURANCE COMPANY; CRAWFORD & COMPANY; CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC.,<br><br>  Respondents. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. B-02-CV-056 |

PARTIAL ORDER OF DISMISSAL

(Docket No. 5)

On this 3rd day of April, 2002, the Court considered the Stipulation of Dismissal filed by Plaintiffs Robert S. Howell, D.C., First Rio Valley, P.A., East Side Surgery Center, Inc., U.S. Imaging, Inc., U.S. Anesthetic, P.A., Fort Bend Imaging, Inc., Fannin Street Imaging, Inc., East Side Imaging, Inc., Steeplechase Diagnostics, Inc., San Antonio Diagnostics Imaging, Inc.

HOU:773842.1

(collectively "Plaintiffs") requesting dismissal without prejudice of their claims brought against Aetna U.S. Healthcare Inc., Aetna U.S. Healthcare of North Texas Inc. and Aetna Health Management, Inc. Having considered the stipulation, the Court finds that Plaintiffs' stipulation of dismissal should be in all things granted.

It is therefore ORDERED that all of Plaintiffs' claims against Aetna U.S. Healthcare Inc., Aetna U.S. Healthcare of North Texas Inc. and Aetna Health Management, Inc. are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Signed __April 3rd__, 2002.

_____
UNITED STATES DISTRICT JUDGE

HOU:773842.1