
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERT S. HOWELL, D.C., et al. | § | |
| | § | |
| VS. | § | Civil Action No. B-02-CV-056 |
| | § | |
| TEXAS MUTUAL INSURANCE CO., et al. | § | |

## PLAINTIFFS' MOTION FOR REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT S. HOWELL, D.C.; FIRST RIO VALLEY MEDICAL, P.A.; EAST SIDE SURGERY CENTER, INC; U.S. IMAGING, INC; and U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC; FANNIN STREET IMAGING, INC; EAST SIDE IMAGING, INC; STEEPLECHASE DIAGNOSTICS, INC; SAN ANTONIO DIAGNOSTICS IMAGING, INC., and files this their motion for remand, and in support thereof, would respectfully show as follows:

1.

The Defendants, Aetna Insurance Company of America, Aetna U.S. Healthcare, Inc., Aetna U.S. Healthcare of North Texas, Inc., and Aetna Health Management, Inc. were joined as parties in Plaintiffs' Second Amended Petition which was filed on February 5, 2002.

2.

Although this case was not originally removable and Plaintiffs allege that removal was not justified, the Aetna Defendants asserted that the claims fell within the civil enforcement provision of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §1001 *et seq.* and further claim the matter removable to federal court pursuant to 28 U.S.C. §1441(b) and (c). Plaintiffs allege that they made no claims under ERISA and therefore the case was not removable.

3.

Plaintiffs would further allege that the Aetna Defendants did not obtain consent of any other parties prior to the removal of this case.

4.

Pursuant to Rule 41, Plaintiffs have dismissed their claims against Defendants, Aetna Insurance Company of America, Aetna U.S. Healthcare, Inc., Aetna U.S. Healthcare of North Texas, Inc., and Aetna Health Management, Inc. Dismissal of these parties destroyed any federal question that may have existed. No other Defendant has asserted any ground for removal of this case to federal court. Therefore, no remaining cause gives rise to federal jurisdiction. Accordingly, the Plaintiffs' Motion to Remand should be granted.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs in this action respectfully request that this Court remand this case to the 107th Judicial District Court, Cameron County, Texas and for such other and further relief to which they may be justly entitled to receive.

Respectfully submitted:

**MOORE, LANDREY, L.L.P.**
390 Park Street, Suite 500
Beaumont, TX 77701
(409) 835-3891
(409) 835-2707 (FAX)

_____
ETHAN L. SHAW
Texas Bar No. 18140480

GILBERT & MAXWELL

KEITH T. GILBERT
Texas Bar No. 07898600
WILLIAM MAXWELL
Texas Bar No. 24028775
P.O. Box 1984
Houston, TX 77251
(713) 739-1984 / 739-1985 FAX

ATTORNEYS FOR
CLAIMANTS/REQUESTORS

Of Counsel:
**Reynaldo G. Garza, III**
State Bar No. 24008806
680 East St. Charles, Suite 120
Brownsville, Texas 78520
(956) 574-9502 Telephone
(956) 574-9506 Telecopier

**Ernesto Gamez, Jr.**
State Bar No. 07606600
777 E. Harrison
Brownsville, Texas 78520-7118
(956) 541-3820 Telephone
(956) 541-7694 Telecopier

**James A. Holmes**
State Bar No. 00784290
P.0. BOX 1109
Henderson, Texas 75653-1109
(903) 657-8544
(903) 657-7227 (fax)

**R. Stephen Woodfin**
State Bar No. 21930400
PO. BOX 1638
Kilgore, TX 75663
(903) 984-0518
(903) 984-2574 (fax)

## CERTIFICATE OF COMPLIANCE

I certify that on this ____ day of April, 2002 a true and correct copy of the foregoing document was served upon opposing counsel by certified mail, return receipt requested

Sara Scribner
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2018 / 477-2348 FAX
rep: U.T. Austin System

James Sowder
Thompson Coe Cousins & Irons, L.L.P.
200 Crescent Court, 11th Street
Dallas, TX 75201
(214) 871-8200 / 871-8209 FAX
rep: Gates McDonald/TIG Insurance Co.

Mike Mills
Atlas & Hall, L.L.P.
P.O. Box 3725
McAllen, TX 78502-3725
(956) 682-5501 / 686-6109 FAX
rep: Texas Mutual Ins. Co.

Charles S. Figerio
Law Office of Charles S. Figerio
111 Soledad, Ste. 840
San Antonio, TX 78205
(210) 271-7877 / 271-0602 FAX
rep: Cunningham Lindsey Claims Mgmt. Inc.

Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, TX 78401
(361) 883-1594 / 883-1599 FAX
rep: Travelers Indemnity Company of Connecticut

Jerry Shiely
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
10100 Reunion Place
San Antonio, TX 78216-4186
(210) 342-5555 / 525-0666 FAX
rep: GAB Robins North America, Inc.

James H. Hunter, Jr.
Jon D. Brooks
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
Brownsville, TX 78523-3509
(956) 542-4377 / 542-4370 FAX
rep: Berkley Risk Administrators of Texas, Inc.

Barry A. Moscowitz
Mark C. Roberts, II
Henslee, Fowler, Hepworth & Schwartz, L.L.P.
6688 North Central Expressway, Ste. 850
Dallas, TX 75201
(214) 219-8833 / 219-8866 FAX
rep: Combined Independent Agencies

Keith B. O'Connell
O'Connell & Benjamin, L.L.P.
P.O. Box 90209
San Antonio, TX 78205
(210) 824-0009 / 824-9429 FAX
rep: Atlantic Mutual Insurance Co.

Charles Willette, Jr.
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, TX 78521
(956) 541-1846 / 541-1893 FAX
rep: Liberty Mutual Ins. Co. & Wausau Ins. Co. (U.K.)

Robert B. Wellenberger
Thompson Coe Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, TX 75201
(214) 871-8200 / 871-8209 FAX
rep: AIG Claim Services, Inc.

Rene Oliverira
Roerig, Oliverira & Fisher, L.L.P.
506 East Dove
McAllen, TX 78504
(956) 631-8049 / 631-8141 FAX
rep: AIG Claim Services, Inc.

Bradley D. McClellan,
Asst Attorney General
Tort Litigation Division
P.O. Box 12548
Austin, TX 78711-2548
rep: State Office of Risk Management (SORM)

Anthony Icenogle
DeLeon, Boggins & Icenogle
221 West 6th St., Ste. 1050
Austin, TX 78701
rep: Service Lloyds Ins Co.

Paul K. Nesbitt
Kelly Sutter & Kendrick
3050 Post Oak Blvd. Ste. 200
Houston, TX 77056-6570
rep: CAS-Claims Administrative Services, Inc.

Stephen K. Yungblut
Jenkens & Gilchrist
1445 Ross, Ste. 3200
Dallas, TX 75202
rep: American Risk Funk Insurance

David J. Schubert
Blake S. Evans
Arter & Hadden LLP
1717 Main St., Ste. 4100
Dallas, TX 75201-4605
rep: Cuna Mutual Ins. Society

Chad M. Pinson
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
rep: North American Ins. Co.

John B. Shely
Andrews & Kurth
Mayor, Day, Caldwell & Keeton
600 Travis, Ste. 4200
Houston, TX 77002
rep: Aetna

_____
ETHAN L. SHAW