**8**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ROBERT S. HOWELL, D.C., ET AL.** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. B-02-056** |
| | § | |
| **TEXAS MUTUAL INSURANCE CO.,** | § | |
| **ET AL.,** | § | |

**CERTIFICATE OF INTERESTED PARTIES FILED BY**
**DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY**
**AND EMPLOYERS INSURANCE OF WAUSAU**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE JOHN W. BLACK:

Without waiving their previously filed motions to transfer venue and pleas to the jurisdiction,

Liberty Mutual Insurance Company and Employer Insurance of Wausau, Defendants in the above-

entitled and numbered cause, file this Certificate of Interested Parties pursuant to the Court's Order

of March 25, 2002.

The following individuals and entities may have a financial interest in the outcome of this

litigation:

| PLAINTIFFS/COUNSEL | |
|---|---|
| Robert S. Howell, D.C.<br>First Rio Valley, P.A.<br>East Side Surgery Center<br>U.S. Imaging, Inc.<br>U.S. Anesthetic, P.A.<br>Fort Bend Imaging, Inc.<br>Fannin Street Imaging, Inc.<br>East Side Imaging, Inc.<br>Steeplechase Diagnostics, Inc.<br>San Antonio Diagnostics Imaging, Inc.<br>(For Themselves and All Other Similarly<br>Situated Requestor/Claimants) | Reynaldo G. Garza, III - State Bar No. 24008806<br>680 E. St. Charles, Suite 110<br>Brownsville, TX 78520<br>(956) 574-9502<br>(956) 574-9506 (fax)<br><br>Ernesto Gamez, Jr. - State Bar No. 07606600<br>777 E. Harrison<br>Brownsville, TX 78520-7118<br>(956) 541-3820<br>(956) 541-7694 (fax)<br><br>Ethan L. Shaw  - State Bar No. 18140480<br>Everett Sanderson - State Bar No. 17610520<br>John P. Cowart - State Bar No. 04919500<br>Moore Landrey, L.L.P.<br>390 Park Street, Ste. 500<br>Beaumont, Texas 77701<br>(409) 835-3891<br>(409) 835-2707 or -4525 (fax)<br><br>Keith T. Gilbert - State Bar No. 07898600<br>William Maxwell - State Bar No. 24028775<br>Gilbert & Maxwell<br>P. O. Box 1984<br>Houston, Texas 77251<br>(713) 739-1984<br>(713) 739-1985 (fax)<br><br>Holmes, James A. - State Bar No. 00784290<br>Wellborn, Houston, Adkison, Mann, Sadler &<br>Hill, L.L.P.<br>P. O. Box 1109<br>Henderson, TX 75653-1109<br>(903) 657-8544<br>(903) 657-7227 (fax)<br><br>Woodfin, R. Stephen - State Bar No. 21930400<br>Law Office of Stephen Woodfin<br>P. O. Box 1638<br>Kilgore, TX 75663<br>(903) 984-0518<br>(903) 984-2574 (fax) |

| DEFENDANTS/ATTORNEYS | |
|---|---|
| Aetna U.S. Healthcare of North Texas, Inc. Aetna U.S. Healthcare, Inc. and Aetna Health Management, Inc. | John B. Shely - State Bar No. 18215300<br>Southern District Adm. No. 7544<br>Dimitri Zgourides - State Bar No. 00785309<br>Southern District Adm. No. 16513<br>Andrews & Kurth, Mayor, Day, Caldwell & Keeton, L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002<br>(713) 220-4105<br>(713) 220-4285 (fax)<br><br>Norton A. Colvin, Jr. - State Bar No. 04632100<br>Southern District Adm. No. 1941<br>Rodriguez, Colvin & Chaney, LLP<br>1201 East Van Buren Street<br>P. O. Box 2155<br>Brownsville, TX 78522<br>(956) 542-7441<br>(956) 541-2170 (fax) |
| Texas Mutual Insurance Company | Mike Mills - State Bar No. 14163500<br>Atlas & Hall, L.L.P.<br>818 Pecan Avenue<br>P.O. Box 3725<br>McAllen, Texas 78502-3725<br>(956) 682-5501<br>(956) 686-6109 (fax)<br><br>Peter M. Schenkkan - State Bar No. 17741500<br>Eric G. Behrens - State Bar No. 02050700<br>Graves, Dougherty, Hearon & Moody, L.L.P.<br>515 Congress Ave., Suite 2300<br>Austin, Texas 78701<br>(512) 480-5600<br>(512) 478-1976 (fax) |
| Advantage Workers Compensation Ins. Co. (f/k/a Managed Comp.) | Jack W. Latson - State Bar No.11984500<br>Flahive, Ogden & Latson, P.C.<br>505 West 12th Street<br>P. O. Box 13367<br>Austin, TX 78711<br>(512) 455-2156<br>(512) 867-1724 (fax) |

Certificate of Interested Parties - Page 3

| CAS-Claims Administrative Services, Inc. | Paul K. Nesbitt - State Bar No. 14920500<br>Kelly, Sutter & Kendrick<br>3050 Post Oak Blvd., Suite 200<br>Houston, TX 77056-6570<br>(713) 595-6000<br>(713) 595-6001 (fax) |
| --- | --- |
| CNA Lloyd's of Texas | John C. Wander - State Bar No. 00791877<br>Brian E. Robinson - State Bar No. 00794547<br>Vinson & Elkins, L.L.P.<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201-2975<br>(214) 220-7700<br>(214) 220-7716 (fax)<br><br>Ruben R. Pena - State Bar No. 15940700<br>222 W. Harrison St.<br>P.O. Box 530160<br>Harlingen, Texas 78550<br>(956) 412-8200<br>(956) 412-8282 (fax) |
| Colonial Casualty Insurance Co. | Steve Backhaus - State Bar No. 01493100<br>Lewis & Backhaus, P.C.<br>12850 Spurling Drive, Suite 210<br>Dallas, Texas 75230<br>(972) 233-8115<br>(972) 387-3485 (fax) |
| Combined Independent Agencies, Inc. | Barry Moscowitz  - State Bar No. 24004830<br>Mark C. Roberts, II  - State Bar No. 00788293<br>Henslee, Fowler, Hepworth & Schwartz, L.L.P.<br>6688 North Central Expressway Suite 850<br>Dallas, Texas 75206-3913<br>(214) 219-8833 (phone)<br>(214) 219-8866 (fax) |
| Continental Casualty Company | John C. Wander - State Bar No. 00791877<br>Brian E. Robinson - State Bar No. 00794547<br>Vinson & Elkins, L.L.P.<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201-2975<br>(214) 220-7700<br>(214) 220-7716 (fax) |

| AIG Claim Services | Robert B. Wellenberger - State Bar No. 21135200<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8200<br>(214) 871-8209 (fax)<br><br>Rene O. Oliveira - State Bar No. 15254700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 (phone)<br>(956) 542-0016 (fax) |
|---|---|
| American Interstate Insurance Co. | Scott C. Skelton - State Bar No. 00784979<br>Brent L. Watkins - State Bar No. 24033312<br>Zeleskey, Cornelius, Hallmark, Roper & Hicks,<br>L.L.P.<br>P. O. Drawer 1728<br>Lufkin, TX 75902-1728<br>(936) 632-3381<br>(936) 632-6545 (fax) |
| American Risk Fund Insurance | Stephen K. Yungblut - State Bar No. 22233400<br>Jenkens & Gilchrist, P.C.<br>1445 Ross Avenue, Suite 3200<br>Dallas, Texas 75202<br>(214) 855-4500<br>(214) 855-4300 (fax) |
| Atlantic Mutual Insurance Co. | Keith B. O'Connell - State Bar No.15179700<br>O'Connell & Benjamin, L.L.P.<br>153 Treeline Park, Suite 200<br>San Antonio, TX 78205<br>P. O. Box 90209<br>San Antonio, Texas 78209<br>(210) 824-0009 (phone)<br>(210) 824-9429 (fax) |
| Berkley Risk Administrators Company of Texas, Inc. | James H. Hunter, Jr. - State Bar No.00784311<br>Jon D. Brooks - State Bar No. 24004563<br>Royston, Rayzor, Vickery & Williams, L.L.P.<br>55 Cove Circle<br>P. O. Box 3509<br>Brownsville, TX 78523-3509<br>(956) 542-4377<br>(956) 542-4370 (fax) |

| | |
|---|---|
| Crawford & Company | Brett T. Reynolds - State Bar No. 16795500<br>Blakeley & Reynolds<br>1250 Northeast Loop 410, Suite 420<br>San Antonio, TX 78209<br>(210) 805-9799, ext. 12<br>(210) 805-9654 (fax) |
| CUNA Mutual Insurance Society | David J. Schubert - State Bar No. 17820800<br>Blake L. Evans - State Bar No. 06706950<br>Arter & Hadden, L.L.P.<br>1717 Main Street, Suite 4100<br>Dallas, TX 75201-4605<br>(214) 761-4474<br>(214) 741-7139 (fax) |
| Cunningham Lindsey Claims Management, Inc. | Charles S. Frigerio - State Bar No. 07477500<br>Law Offices of Charles S. Frigerio, P.C.<br>Riverview Towers<br>111 Soledad Street, Suite 840<br>San Antonio, TX 78205<br>(210) 271-7877<br>(210) 271-0602 (fax) |
| EBI Companies, Inc. | Richard W. South - State Bar No. 18863175<br>Wright & Greenhill, P.C.<br>221 West 6th Street, Suite 1800<br>Austin, TX 78701<br>(512) 708-5242 (direct)<br>(512) 476-5382 (fax) |
| Employers Insurance of Wausau | Catherine L. Hanna - State Bar No. 08918280<br>Southern District Adm. No. 13577<br>David L. Plaut - State Bar No. 16066030<br>Southern District Adm. No. 13353<br>Hanna & Plaut, L.L.P.<br>106 East 6th Street, Suite 520<br>Austin, TX 78701<br>(512) 472-7700<br>(512) 472-0205 (fax)<br><br>Charles Willette, Jr. -- State Bar No. 21509700<br>Southern District Adm. No. 1937<br>Willette & Guerra, L.L.P.<br>Suite 460, International Plaza<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521-4086<br>(956) 541-1893 (phone)<br>(956) 541-1846 (fax) |

| | |
|---|---|
| Federal Insurance Co. | Kevin T. Crocker - State Bar No. 05087250<br>Jackson Walker, L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>(214) 953-6025 (direct)<br>(214) 953-5822 (fax) |
| Fireman's Fund | James L. Sowder - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax) |
| GAB Robins North America | Jerry Shiely - State Bar No. 18261700<br>Thornton, Summers, Biechlin, Dunham & Brown, L.L.C.<br>10100 Reunion Place, Suite 300<br>San Antonio, TX 78216-5555<br>(210) 342-5555<br>(210) 525-0666 (fax) |
| Gates McDonald & Co. | James L. Sowder - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax)<br><br>Rene O. Oliveira - State Bar No. 15254700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 (phone)<br>(956) 542-0016 (fax) |
| Hartford Insurance Companies | David J. Healey - State Bar No. 09327980<br>Dolores Cavatore - State Bar No. 24027800<br>Weil, Gotschal & Manges, L.L.P.<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 546-5000<br>(713) 224-9511 (fax) |

| Highlands Insurance Company | Michael Phillips - State Bar No. 15938000<br>Phillips & Akers, P.C.<br>3400 Phoenix Tower<br>3200 Southwest Freeway<br>Houston, Texas 77027<br>(713) 552-9595<br>(713) 552-0231 (fax) |
|---|---|
| International Solutions L.L.C. | Edward Tuddenham - State Bar No. 20282300<br>Attorney at Law<br>1203 Newning Avenue<br>Austin, TX 78704<br>(512) 441-9759<br>(512) 443-4258 (fax) |
| Liberty Mutual Insurance Company | Catherine L. Hanna - State Bar No. 08918280<br>Southern District Adm. No. 13577<br>David L. Plaut - State Bar No. 16066030<br>Southern District Adm. No. 13353<br>Hanna & Plaut, L.L.P.<br>106 East 6th Street, Suite 520<br>Austin, TX 78701<br>(512) 472-7700<br>(512) 472-0205 (fax)<br><br>Charles Willette, Jr. - State Bar No. 21509700<br>Southern District Adm. No. 1937<br>Willette & Guerra, L.L.P.<br>Suite 460, International Plaza<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521-4086<br>(956) 541-1893 (phone)<br>(956) 541-1846 (fax) |
| Royal & SunAlliance | Richard W. South - State Bar No. 18863175<br>Wright & Greenhill, P.C.<br>221 West 6th Street, Suite 1800<br>Austin, TX 78701<br>(512) 708-5242 (direct)<br>(512) 476-5382 (fax) |
| RSKCO, Inc. | John C. Wander - State Bar No. 00791877<br>Brian E. Robinson - State Bar No. 00794547<br>Vinson & Elkins, L.L.P.<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201-2975<br>(214) 220-7700<br>(214) 220-7716 (fax) |

| | |
|---|---|
| Safeco Insurance Company of America<br>Safeco Insurance Company of Illinois<br>Safeco Insurance Company of Pennsylvania<br>Safeco Lloyd's Insurance Company | James L. Sowder  - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax) |
| Sentry Select Insurance Company<br>Sentry Insurance -A Mutual Company<br>Sentry Lloyd's of Texas<br>Sentry Casualty Company | James L. Sowder  - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax) |
| Service Lloyd's Insurance Company | Anthony Icenogle - State Bar No. 10382948<br>DeLeon, Boggins & Icenogle, P.C.<br>221 West 6th Street, Suite 1050<br>Austin, TX 78701<br>(512) 478-5308<br>(512) 482-8628 (fax) |
| Sierra Insurance Co. | David B. Edwards - State Bar No. 06437500<br>Phillips & Akers, P.C.<br>3400 Phoenix Tower<br>3200 Southwest Freeway<br>Houston, Texas 77027<br>(713) 552-9595<br>(713) 552-0231 |
| State Office of Risk Management | Bradley D. McClellan - State Bar No. 13395980<br>Assistant Attorney General<br>Tort Litigation Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2197<br>(512) 463-2224 (fax) |
| Texas Association of School Boards Risk Management Fund | Jeffrey D. Roerig - State Bar No. 17161700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666<br>(956) 542-0016 (fax) |

| | |
|---|---|
| Texas Municipal League Intergovernmental Risk Pool | Jeffrey D. Roerig - State Bar No. 17161700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 (phone)<br>(956) 542-0016 (fax) |
| The Insurance Company for the State of Pennsylvania | Robert B. Wellenberger - State Bar No. 21135200<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br><br>Rene O. Oliveira - State Bar No. 15254700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666<br>(956) 542-0016 (fax) |
| TIG Insurance Co. | James L. Sowder - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax)<br><br>Rene O. Oliveira - State Bar No. 15254700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 (phone)<br>(956) 542-0016 (fax) |
| Travelers Indemnity Company of Connecticut | Frank Weathered - State Bar No. 20998600<br>David J. Dunn - State Bar No. 06243500<br>Dunn & Weathered, P.C.<br>611 S. Upper Broadway<br>Corpus Christi, Texas 78401<br>(361) 883-1594 (phone)<br>(361) 883-1599 (fax) |
| University of Texas at Austin | Sara Scribner - State Bar No. 00797403<br>Christopher Livingston - State Bar No. 24007559<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2018 (phone)<br>(512) 477-2348 (fax) |

| Zurich American Insurance Company | James L. Sowder - State Bar No. 18863900<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>(214) 871-8267 (direct)<br>(214) 871-8200 (phone)<br>(214) 871-8209 (fax)<br><br>Rene O. Oliveira - State Bar No. 15254700<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>(956) 542-5666 (phone)<br>(956) 542-0016 (fax) |

Respectfully submitted,

Catherine L. Hanna
Attorney-In-Charge
Southern District I.D. No. 13577
State Bar No.  08918280
David L. Plaut
Southern District I.D. No. 13353
State Bar No. 16066030
ATTORNEYS  FOR  DEFENDANTS  LIBERTY
MUTUAL INSURANCE CO. AND EMPLOYERS
INSURANCE OF WAUSAU

Of Counsel:
HANNA & PLAUT, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:      (512) 472-0205

AND

WILLETTE & GUERRA, L.L.P.
Charles Willette, Jr.
State Bar No. 21509700
Southern District Adm. No. 1937
Suite 460, International Plaza
3505 Boca Chica Boulevard
Brownsville, Texas 785214086
Telephone:     (956) 541-1846
Facsimile:      (956) 541-1893

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this **5TH** day of **APRIL**, 2002 to:

William Maxwell    *Via Certified Mail*
Keith T. Gilbert
Post Office Box 1984
Houston, Texas 77251

and

Reynaldo G. Garza, III    *Via Certified Mail*
680 East St. Charles, Suite 120
Brownsville, Texas 78520

and

Ernesto Gamez Jr.    *Via Certified Mail*
777 E. Harrison
Brownsville, TX 78520-7118

and

Ethan L. Shaw    *Via Certified Mail*
Everett Sanderson
John P. Cowart
Moore Landrey, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701

and

James A. Holmes
Wellborn, Houston, Adkison, Mann,
Sadler & Hill, L.L.P.
Post Office Box 1109
Henderson, Texas 75653-1109

and

R. Stephen Woodfin
Post Office Box 1638
Kilgore, Texas 75663

***Counsel for Plaintiffs***

Peter M. Schenkkan
Eric Behrens
Graves, Dougherty, Hearon & Moody
515 Congress Ave., Suite 2300
Austin, Texas 78701

and

Mike Mills
Atlas & Hall, L.L.P.
818 Pecan Avenue
Post Office Box 3725
McAllen, Texas 78502-3725
*Counsel for Defendant Texas Mutual Insurance Company f/k/a the Texas Workers Compensation Insurance Fund*

James L. Sowder
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendant Zurich American, Gates McDonald, TIG Insurance Company, Fireman's Fund Insurance Company, Sentry Insurance, and Safeco*

Rene O. Oliveira
Roerig Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendant Zurich American, Gates McDonald, TIG Insurance Company, Fireman's Fund Insurance Company, Safeco, and AIG National Insurance Company and The Insurance Company for the State of Pennsylvania*

Jeffrey D. Roerig
Roerig Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendant Texas Municipal League Intergovernmental Risk Pool and Texas Association of School Boards Risk Management Fund*

Robert B. Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendants AIG National Insurance Company and The Insurance Company for the State of Pennsylvania*

John C. Wander
Brian E. Robison
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975

and

Ruben Pena
222 W. Harrison St.
Post Office Box 530160
Harlingen, Texas 78550
*Counsel for Defendant CNA Insurance Company*

Mark C. Roberts, II
Henslee, Fowler, Hepworth & Schwartz
6688 North Central Expressway, Suite 850
Dallas, Texas 75206-3913
*Counsel for Defendant Combined Independent Agencies, Inc.*

Certificate of Interested Parties - Page 13

Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
*Counsel for Defendant Travelers Indemnity Company of Connecticut*

Sara Scribner
Christopher Livingston
Office of theTexas Attorney General
Post Office Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant University of Texas at Austin*

Keith O'Connell
Alex Aguirre
O'Connell & Benjamin, L.L.P.
153 Treeline Park, Suite 200
San Antonio, Texas 78209
*Counsel for Defendant Atlantic Mutual Insurance Co.*

Jerry Shiely
Thornton, Summers, Biechlin Dunham & Brown, L.C.
10100 Reunion Place, Suite 300
San Antonio, TX 78216-5555
*Counsel for Defendant GAB Robins North America, Inc.*

Brett T. Reynolds
Blakeley & Reynolds
1250 Northeast Loop 410
San Antonio, TX 78209
*Counsel for Defendant Crawford & Co.*

Richard South
Wright & Greenhill P.C.
221 West 5th Street, Suite 1800
Austin, Texas 78701
*Counsel for Defendants EBI Cos., Inc. and Royal SunAlliance*

Patrick C. Appel
Adams & Reese, L.L.P.
1221 McKinney, Suite 4400
Houston, Texas 77010
*Counsel for Defendant Gallagher Bassett Insurance Co.*

Veronica Czuchna
Jordan & Carmona, P.C.
1801 S. Mopac Expressway, Ste. 220
Austin, Texas 78746
*Counsel for Defendants Kemper Casualty Insurance Co., Kemper Employers Insurance Co., Kemper Independence Insurance Co., and Kemper Lloyd's Insurance Co.*

David B. Edwards
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Sierra Insurance Company*

Dean G. Pappas
Ford Hamilton
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Paula Insurance Company*

Scott C. Skelton
Zeleskey, Cornelius, Hallmark, Roper & Hicks, L.L.P.
P.O. Drawer 1728
Lufkin, Texas 75902-1728
*Counsel for Defendant American Interstate Insurance Co.*

Charles Frigerio
Hector Saenz
Law Offices of Charles Frigerio
111 Soledad Street, Suite 840
San Antonio, TX 78205
*Counsel for Defendant Cunningham Lindsey Claims Management, Inc.*

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Post Office Box 3509
Brownsville, TX 78523-3509
*Counsel for Defendant Berkley Risk Administrators of Texas, Inc.*

Jack W. Latson
Flahive, Ogden & Latson
Attorneys at Law, P.C.
505 West 12th Street
Post Office Drawer 13367
Austin, Texas 78711
*Counsel for Defendant Advantage Workers' Compensation Insurance Company*

Edward Tuddenham
1203 Newning Ave.
Austin, Texas 78704
*Counsel for International Solutions, LLC*

David J. Healey
Dolores Cavatore
Weil, Gotshal & Manges, L.L.P.
700 Louisiana, Suite 1600
Houston, Texas 77002
*Counsel for Defendants Hartford Accident & Indemnity, Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, Hartford Life & Accident, and Hartford Lloyd's Insurance Co.*

Michael Phillips
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Highlands Insurance Company*

Certificate of Interested Parties - Page 14

Paul K. Nesbitt
Kelly, Sutter & Kendrick
3050 Post Oak Blvd. Suite 200
Houston, Texas 77056-6570
*Counsel for Defendant CAS Claims Administrative Services, Inc.*

Anthony Icenogle
DeLeon, Boggins & Icenogle, P.C.
221 West 6th Street, Suite 1050
Austin, Texas 78701
*Counsel for Defendant Service Lloyds Insurance Company*

Kevin T. Crocker
David T. Moran
Jackson Walker L.L.P.
901 Main Street, Ste. 6000
Dallas, Texas 75202
*Counsel for Federal Insurance Company*

David Schubert
Blake Evans
Arter & Hadden, L.L.P.
1717 Main Street, Suite 4100
Dallas, Texas 75201-4605
*Counsel for Defendant Cuna Mutual Insurance Society*

Bradley D. McClellan
Assistant Attorney General
Tort Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant State Office of Risk Management*

John B. Shely
Dimitri Zgourides
Andrews & Kurth L.L.P.
600 Travis, Suite 4200
Houston, Texas 77002

and

Norton A. Colvin, Jr.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
*Counsel for Aetna U.S. Healthcare of North Texas Inc., Aetna U.S Healthcare Inc., and Aetna Health Management Inc.*

Steve Backhaus
Lewis & Backhaus, PC
12850 Spurling Drive Suite 210
Dallas, Texas 75230
*Counsel for Defendant Colonial Casualty Insurance Company*

Stephen K. Yungblut
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
*Counsel for Defendant American Risk Fund Insurance*

David L. Plaut