*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERT S. HOWELL, D.C.; FIRST RIO VALLEY, P.A.; EAST SIDE SURGERY CENTER, INC.; U.S. IMAGING, INC.; U.S. ANESTHETIC, P.A.; FORT BEND IMAGING, INC.; FANNIN STREET IMAGING, INC.; EAST SIDE IMAGING, INC.; STEEPLECHASE DIAGNOSTICS, INC.; SAN ANTONIO DIAGNOSTICS IMAGING, INC., For Themselves And All Other Similarly Situated, | § § § § § § § § § § § | |
| *Requestor/Claimants*, | § § | |
| v. | § § § | CIVIL ACTION NO. B-02-CV-056 |
| TEXAS MUTUAL INSURANCE COMPANY; COMBINED INDEPENDENT AGENCIES, INC.; GAB ROBINS NORTH AMERICA, INC.; AIG CLAIM SERVICES, INC.; BERKLEY RISK ADMINISTRATORS OF TEXAS, INC. On Behalf Of Texas Political Subdivisions; CNA INSURANCE COMPANY; THE UNIVERSITY OF TEXAS AT AUSTIN, TEXAS; TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL; ZURICH AMERICAN INSURANCE COMPANY; GATES MCDONALD; TRAVELERS INDEMNITY COMPANY OF CONN.; THE TRAVELERS – DALLAS CL CLAIM; ATLANTIC MUTUAL INSURANCE CO.; TIG INSURANCE COMPANY; THE TRAVELERS – HOUSTON CL CLAIM; WAUSAU INSURANCE COMPANY; CRAWFORD & COMPANY; CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC., | § § § § § § § § § § § § § § § § § § § § § § § § | |
| *Respondents.* | § § | |

**DEFENDANT ATLANTIC MUTUAL INSURANCE CO.'S**
**CERTIFICATE OF INTERESTED PARTIES**

131-160
Page 1

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE JOHN W. BLACK:**

Subject to and without waiving their previously filed Motions to Transfer Venue and Pleas to the Jurisdiction, Defendant Atlantic Mutual Insurance Co. files this Certificate of Interested Parties in accordance with this Honorable Court's Order for Conference and Disclosure of Interested Parties.

The following persons and/or entities are financially interested in the outcome of this litigation:

**PLAINTIFFS:**

Robert S. Howell, D.C.
First Rio Valley, P.A.
East Side Surgery Center, Inc.
U.S. Imaging, Inc.
U.S. Anesthetic, P.A.
Fort Bend Imaging, Inc.
Fannin Street Imaging, Inc.
East Side Imaging, Inc.
Steeplechase Diagnostics, Inc.
San Antonio Diagnostics Imaging, Inc.

**COUNSEL FOR PLAINIFFS:**

Mr. Keith T. Gilbert
Mr. William Maxwell
Gilbert & Maxwell
P. O. Box 1984
Houston, Texas 77251

Mr. Reynaldo G. Garza III
Attorney at Law
680 East St. Charles, Suite 120
Brownsville, Texas 78520

Mr. Ernesto Gamez, Jr.
Attorney at Law
777 E. Harrison
Brownsville, Texas 78520-7118

Mr. Ethan L. Shaw
Mr. Everett Sanderson
Moore Landrey, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas  77701

Mr. James A. Holmes
Wellborn, Houston, Adkison,
Mann, Sadler & Hill, L.L.P.
P. O. Box 1109
Henderson, Texas  75653-1109

Mr. R. Stephen Woodfin
Law Office of Stephen Woodfin
P. O. Box 1638
Kilgore, Texas  75663

**DEFENDANTS:**

Texas Mutual Insurance Company
Combined Independent Agencies, Inc.
GAB Robbins North America
AIG Claims Services, Inc.
Berkley Risk Administrators of Texas, Inc.
CNA Insurance Company
The University of Texas at Austin, Texas
Texas Municipal League Intergovernmental Risk Pool
Zurich American Insurance Company
Gates McDonald & Company
Traveler's Indemnity Company of Connecticut
Atlantic Mutual Insurance Company
TIG Insurance Company
Wasau Insurance Company; Employers Insurance of Wausau
Crawford & Company
Cunningham Lindsey Claims Management, Inc.
Liberty Mutual Insurance Company
Texas Workers' Compensation Commission
Ace American Insurance Co.
Ace American Lloyd's Insurance Co.
Ace American Reinsurance Co.
Advantage Worker's Compensation Ins. Co. (f/k/a Managed Comp.)
Management, Inc.
AIG National Insurance Company
American Interstate
American Risk Fund Insurance
Anchor Claims Management
Barron Risk Management

CAS Claims Administrative Services, Inc.
Cigna Insurance Company
Clarendon National
Colonial Casualty Ins. Co.
Continental Casualty
Cuna Mutual Insurance Society
EBI Companies, Inc.
Federal Insurance Co.
Fireman's Fund
First American Interstate
Florists Mutual Insurance
Gallagher Bassett Insurance Company
Hartford Accident & Indemnity
Hartford Casualty Ins. Co.
Hartford Ins. Co. of the Midwest
Hartford Life & Accident Co.
Hartford Lloyd's Ins. Co.
Highlands Insurance Company
The Insurance Company of the State of Pennsylvania
International Solutions, L.L.C.
Kemper Casualty Ins. Co.
Kemper Employers Ins. Co.
Kemper Independence Ins. Co.
and Kemper Lloyd's Insurance Co.
Lumbermen's Underwriters
North American Insurance Co.
Paula Insurance Company
Royal & Sunalliance
RSKCO Insurance Co.
Safeco Insurance Co. of America; Safeco Insurance Co. of Illinois; Safeco Insurance Co. of Pennsylvania; Safeco Lloyd's Insurance Co.
Sentry Casualty Company
Sentry Insurance – A Mutual Company
Sentry Lloyd's of Texas
Sentry Select Insurance Co.
Service Lloyds Insurance Co.
Sierra Insurance Company
State Office of Risk Management
TASB (Texas Association of School Boards)
Tony Roma's
TWCA Risk Management

**COUNSEL FOR DEFENDANTS:**

Mr. Peter M. Schenkkan
Mr. Eric G. Behrens
Graves, Dougherty, Hearon & Moody
A Professional Corporation


515 Congress Avenue, Suite 2300
Austin, Texas 78701
*Counsel for Defendant Texas Mutual Insurance Company*


Mr. Mike Mills
Atlas & Hall, L.L.P.
818 Pecan Avenue
P. O. Box 3725
McAllen, Texas 78502-3725
*Counsel for Defendant Texas Mutual Insurance Company*

Mr. Barry Moscowitz
Mr. Mark C. Roberts II
Henslee, Fowler, Hepworth & Schwartz, L.L.P.
6688 North Central Expressway, Suite 850
Dallas, Texas 75206-3913
*Counsel for Defendant Combined Independent Agencies*

Mr. Jerry Shiely
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
Airport Center – Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
*Counsel for Defendant GAB Robbins North America*

Mr. Robert Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendants AIG Claims Services, Inc., AIG National Insurance Company and The Insurance Company of the State of Pennsylvania*

Mr. Rene O. Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendants AIG Claims Services, Inc., Zurich American Insurance Company, Gates McDonald & Company, TIG Insurance Company, AIG National Insurance Company, Fireman's Fund Insurance Company, Safeco Insurance Co. of America, Safeco Insurance Co. of Illinois, Safeco Insurance Co. of Pennsylvania, Safeco Lloyd's Insurance Co. and The Insurance Company of the State of Pennsylvania*

Mr. James H. Hunter, Jr.
Mr. Jon D. Brooks
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P. O. Box 3509

Brownsville, Texas 78521
*Counsel for Defendant Berkley Risk Administrators of Texas, Inc.*


Ms. Karen L. Hirschman
Mr. Robert C. Walters
Mr. John C. Wander
Mr. Brian E. Robison
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
*Counsel for Defendant CNA Insurance Company*

Mr. Ruben Pena
Law Offices of Ruben Pena
222 W. Harrison Street
P. O. Box 530160
Harlingen, Texas 78550
*Counsel for Defendant CNA Insurance Company*

Ms. Sara Scribner
Mr. Christopher Livingston
Office of the Texas Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant The University of Texas at Austin, Texas*

Mr. Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendants Texas Municipal League Intergovernmental Risk Pool and Texas Association of School Boards Risk Management Fund (Fund)*

Mr. James L. Sowder
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendant Zurich American Insurance Company, Gates McDonald & Company, TIG Insurance Company, Fireman's Fund Insurance Company, Safeco Insurance Co. of America, Safeco Insurance Co. of Illinois, Safeco Insurance Co. of Pennsylvania and Safeco Lloyd's Insurance Co.*

Mr. Frank Weathered
Mr. David J. Dunn
Mr. Larry Coffey

Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
***Counsel for Defendant Traveler's Indemnity Company of Connecticut***

Keith B. O'Connell
Ernest F. Avery
O'Connell & Benjamin, L.L.P.
153 Treeline Park, Suite 200
San Antonio, Texas 78209
***Counsel for Defendant Atlantic Mutual Insurance Co.***

Ms. Catherine L. Hanna
Mr. David L. Plaut
Hanna & Plaut, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
***Counsel for Defendants Liberty Mutual Insurance Company and Employers Insurance of Wasau***

Mr. Charles Willette, Jr.
Willette & Guerra, L.L.P.
Suite 460, International Plaza
3505 Boca Chica Boulevard
Brownsville, Texas 78521-4086
***Counsel for Defendants Liberty Mutual Insurance Company, Wasau Insurance Company and Employers Insurance of Wasau***

Mr. Brett Reynolds
Blakeley & Reynolds
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
***Counsel for Defendant Crawford & Company***

Mr. Charles S. Frigerio
Mr. Hector Saenz
Law Offices of Charles S. Frigerio,
A Professional Corporation
Riverview Towers, 111 Soledad, Suite 840
San Antonio, Texas 78205
***Counsel for Defendant Cunningham Lindsey Claims Management, Inc.***

Mr. Craig Smith
Director, Legal Services
Texas Workers' Compensation Commission
4000 South IH-35
Austin, Texas 78704
***Counsel for Defendant Texas Workers' Compensation Commission***

Mr. Jack W. Latson
Flahive, Ogden & Latson Attorneys at Law, P.C.
505 W. 12th Street
P. O. Drawer 13367
Austin, Texas 78711
***Counsel for Defendant Advantage Worker's Compensation Ins. Co. (f/k/a Managed Comp)***

Mr. Scott C. Skelton
Mr. Brent L. Watkins
Zeleskey, Corelius, Hallmark, Roper & Hicks, L.L.P.
P. O. Drawer 1728
Lufkin, Texas 75902-1728
***Counsel for Defendant American Interstate***

Mr. Stephen K. Yungblut
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
***Counsel for Defendant American Risk Fund Insurance***

Mr. Paul K. Nesbitt
Kelly, Sutter & Kendrick
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
***Counsel for Defendant CAS Claims Administrative Services, Inc.***

Mr. Steve Backhaus
Lewis and Backhaus, P.C.
12850 Spurling Drive, Suite 210
Dallas, Texas 75230
***Counsel for Defendant Colonial Casualty Ins. Co.***

Mr. David Schubert
Arter & Hadden, L.L.P.
1717 Main Street, Suite 4100
Dallas, Texas 75201-4605
***Counsel for Defendant Cuna Mutual Insurance Society***

Mr. Richard W. South
Mr. Mahon B. Garry, Jr.
Wright & Greenhill, P.C.
221 W. 5th Street, Suite 1800
Austin, Texas 78701
*Counsel for Defendants EBI Companies, Inc. and Royal & Sunalliance*

Mr. Kevin Crocker
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
*Counsel for Defendant Federal Insurance Co.*

Mr. Patrick C. Appel
Adams & Reese, L.L.P.
1221 McKinney
Houston, Texas 77010
*Counsel for Defendant Gallagher Basset Insurance Company*

Mr. David J. Healey
Ms. Dolores Cavatore
Weil, Gotshal & Manges, L.L.P.
700 Louisiana, Suite 1600
Houston, Texas 77002
*Counsel for Defendants Hartford Accident & Indemnity, Hartford Casualty Ins. Co., Hartford Ins. Co. of the Midwest, Hartford Life & Accident Co. and Hartford Lloyd's Ins. Co.*

Mr. Michael Phillips
Philips & Ackers, P.C.
3200 S.W. Freeway, #3400
Houston, Texas 77027
*Counsel for Defendant Highlands Insurance Company*

Mr. Edward Tuddenham
Law Offices of Edward Tuddenham
1203 Newning Avenue
Austin, Texas 78704
*Counsel for Defendant International Solutions, L.L.C.*

Ms. Veronica Czuchna
Jordan & Carmona, P.C.
1801 S. Mopac Expressway, Suite 220
Austin, Texas 78746
*Counsel for Defendants Kemper Casualty Ins.Co., Kemper Employers Ins. Co., Kemper Independence Ins. Co. and Kemper Lloyd's Insurance Co.*

Mr. Dean G. Pappas
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas  77027
*Counsel for Defendant Paula Insurance Company*

Mr. Anthony Icenogle
DeLeon, Boggins & Icenogle, P.C.
221 W. 6th Street, Suite 1050
Austin, Texas  78701
*Counsel for Defendant Service Lloyds Insurance Co.*

Mr. David B. Edwards
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas  77027
*Counsel for Defendant Sierra Insurance Company*

            Respectfully submitted,

            O'CONNELL & BENJAMIN, L.L.P.

            By:_____ for
                **Keith B. O'Connell**
                State Bar No. 15179700
                Federal I.D. No. 20578

            153 Treeline Park, Suite 200
            San Antonio, Texas  78205
            Telephone:  (210) 824-0009
            Facsimile:  (210) 824-9429

            **ATTORNEYS FOR DEFENDANT,**
            **ATLANTIC MUTUAL INSURANCE CO.**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record on this the \_\_15\_\_ day of April, 2002, via certified mail, return receipt requested to counsel for Plaintiffs, and via U.S. mail, postage prepaid to all defense counsel of record:

Mr. Keith T. Gilbert
Mr. William Maxwell
Gilbert & Maxwell
P. O. Box 1984
Houston, Texas 77251
*Counsel for Plaintiffs*

Mr. Reynaldo G. Garza III
Attorney at Law
680 East St. Charles, Suite 120
Brownsville, Texas 78520
*Counsel for Plaintiffs*

Mr. Ernesto Gamez, Jr.
Attorney at Law
777 E. Harrison
Brownsville, Texas 78520-7118
*Counsel for Plaintiffs*

Mr. Ethan L. Shaw
Mr. Everett Sanderson
Moore Landrey, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701
*Counsel for Plaintiffs*

Mr. James A. Holmes
Wellborn, Houston, Adkison,
Mann, Sadler & Hill, L.L.P.
P. O. Box 1109
Henderson, Texas 75653-1109
*Counsel for Plaintiffs*

Mr. R. Stephen Woodfin
Law Office of Stephen Woodfin
P. O. Box 1638
Kilgore, Texas 75663
*Counsel for Plaintiffs*

Mr. Peter M. Schenkkan
Mr. Eric G. Behrens
Graves, Dougherty, Hearon & Moody
A Professional Corporation
515 Congress Avenue, Suite 2300
Austin, Texas 78701
*Counsel for Defendant Texas Mutual Insurance Company*

Mr. Mike Mills
Atlas & Hall, L.L.P.
818 Pecan Avenue
P. O. Box 3725
McAllen, Texas 78502-3725
*Counsel for Defendant Texas Mutual Insurance Company*

Mr. Barry Moscowitz
Mr. Mark C. Roberts II
Henslee, Fowler, Hepworth & Schwartz, L.L.P.
6688 North Central Expressway, Suite 850
Dallas, Texas 75206-3913
*Counsel for Defendant Combined Independent Agencies*

Mr. Jerry Shiely
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
Airport Center – Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
*Counsel for Defendant GAB Robbins North America*

Mr. Robert Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendants AIG Claims Services, Inc., AIG National Insurance Company and The Insurance Company of the State of Pennsylvania*

Mr. Rene O. Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendants AIG Claims Services, Inc., Zurich American Insurance Company, Gates McDonald & Company, TIG Insurance Company, AIG National Insurance Company, Fireman's Fund Insurance Company, Safeco Insurance Co. of America, Safeco Insurance Co. of Illinois, Safeco Insurance Co. of Pennsylvania, Safeco Lloyd's Insurance Co. and The Insurance Company of the State of Pennsylvania*

Mr. James H. Hunter, Jr.
Mr. Jon D. Brooks
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78521
*Counsel for Defendant Berkley Risk Administrators of Texas, Inc.*

Ms. Karen L. Hirschman
Mr. Robert C. Walters
Mr. John C. Wander
Mr. Brian E. Robison
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
*Counsel for Defendant CNA Insurance Company*

Mr. Ruben Pena
Law Offices of Ruben Pena
222 W. Harrison Street
P. O. Box 530160
Harlingen, Texas 78550
*Counsel for Defendant CNA Insurance Company*

Ms. Sara Scribner
Mr. Christopher Livingston
Office of the Texas Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant The University of Texas at Austin, Texas*

Mr. Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520-8718
*Counsel for Defendants Texas Municipal League Intergovernmental Risk Pool and Texas Association of School Boards Risk Management Fund (Fund)*

Mr. James L. Sowder
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendant Zurich American Insurance Company, Gates McDonald & Company, TIG Insurance Company, Fireman's Fund Insurance Company, Safeco Insurance Co. of America, Safeco Insurance Co. of Illinois, Safeco Insurance Co. of Pennsylvania and Safeco Lloyd's Insurance Co.*

Mr. Frank Weathered
Mr. David J. Dunn
Mr. Larry Coffey
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
*Counsel for Defendant Traveler's Indemnity Company of Connecticut*

Ms. Catherine L. Hanna
Mr. David L. Plaut
Hanna & Plaut, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
*Counsel for Defendants Liberty Mutual Insurance Company and Employers Insurance of Wasau*

Mr. Charles Willette, Jr.
Willette & Guerra, L.L.P.
Suite 460, International Plaza
3505 Boca Chica Boulevard
Brownsville, Texas 78521-4086
*Counsel for Defendants Liberty Mutual Insurance Company, Wasau Insurance Company and Employers Insurance of Wasau*

Mr. Brett Reynolds
Blakeley & Reynolds
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
*Counsel for Defendant Crawford & Company*

Mr. Charles S. Frigerio
Mr. Hector Saenz
Law Offices of Charles S. Frigerio,
A Professional Corporation
Riverview Towers, 111 Soledad, Suite 840
San Antonio, Texas 78205
*Counsel for Defendant Cunningham Lindsey Claims Management, Inc.*

Mr. Craig Smith
Director, Legal Services
Texas Workers' Compensation Commission
4000 South IH-35
Austin, Texas 78704
*Counsel for Defendant Texas Workers' Compensation Commission*

Mr. Jack W. Latson
Flahive, Ogden & Latson Attorneys at Law, P.C.
505 W. 12th Street
P. O. Drawer 13367
Austin, Texas 78711
*Counsel for Defendant Advantage Worker's Compensation Ins. Co. (f/k/a Managed Comp)*

Mr. Scott C. Skelton
Mr. Brent L. Watkins
Zeleskey, Corelius, Hallmark, Roper & Hicks, L.L.P.
P. O. Drawer 1728
Lufkin, Texas 75902-1728
*Counsel for Defendant American Interstate*

Mr. Stephen K. Yungblut
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
*Counsel for Defendant American Risk Fund Insurance*

Mr. Paul K. Nesbitt
Kelly, Sutter & Kendrick
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
*Counsel for Defendant CAS Claims Administrative Services, Inc.*

Mr. Steve Backhaus
Lewis and Backhaus, P.C.
12850 Spurling Drive, Suite 210
Dallas, Texas 75230
*Counsel for Defendant Colonial Casualty Ins. Co.*

Mr. David Schubert
Arter & Hadden, L.L.P.
1717 Main Street, Suite 4100
Dallas, Texas 75201-4605
*Counsel for Defendant Cuna Mutual Insurance Society*

Mr. Richard W. South
Mr. Mahon B. Garry, Jr.
Wright & Greenhill, P.C.
221 W. 5th Street, Suite 1800
Austin, Texas 78701
*Counsel for Defendants EBI Companies, Inc. and Royal & Sunalliance*

Mr. Kevin Crocker
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
*Counsel for Defendant Federal Insurance Co.*

Mr. Patrick C. Appel
Adams & Reese, L.L.P.
1221 McKinney
Houston, Texas 77010
*Counsel for Defendant Gallagher Basset Insurance Company*

Mr. David J. Healey
Ms. Dolores Cavatore
Weil, Gotshal & Manges, L.L.P.
700 Louisiana, Suite 1600
Houston, Texas 77002
*Counsel for Defendants Hartford Accident & Indemnity, Hartford Casualty Ins. Co., Hartford Ins. Co. of the Midwest, Hartford Life & Accident Co. and Hartford Lloyd's Ins. Co.*

Mr. Michael Phillips
Philips & Ackers, P.C.
3200 S.W. Freeway, #3400
Houston, Texas 77027
*Counsel for Defendant Highlands Insurance Company*

Mr. Edward Tuddenham
Law Offices of Edward Tuddenham
1203 Newning Avenue
Austin, Texas 78704
*Counsel for Defendant International Solutions, L.L.C.*

Ms. Veronica Czuchna
Jordan & Carmona, P.C.
1801 S. Mopac Expressway, Suite 220
Austin, Texas 78746
*Counsel for Defendants Kemper Casualty Ins.Co., Kemper Employers Ins. Co., Kemper Independence Ins. Co. and Kemper Lloyd's Insurance Co.*

Mr. Dean G. Pappas
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Paula Insurance Company*

Mr. Anthony Icenogle
DeLeon, Boggins & Icenogle, P.C.
221 W. 6th Street, Suite 1050
Austin, Texas 78701
*Counsel for Defendant Service Lloyds Insurance Co.*

131-160

Mr. David B. Edwards
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas  77027
*Counsel for Defendant Sierra Insurance Company*

_____
**Keith B. O'Connell**