IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT S. HOWELL, D.C., ET AL. | § § § | |
| V. | § | CIVIL ACTION NO. B-02-056 |
| TEXAS MUTUAL INSURANCE CO., ET AL., | § § § § | |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FILEMON VELA:

Without waiving any previously filed motion to transfer venue or plea to the jurisdiction, Defendants Liberty Mutual Insurance Company and Employer Insurance of Wausau, as well as the Defendants listed below,[1] file this Notice of Non-Opposition to Plaintiffs' Motion For Remand pursuant to LR7.2 and request that this case be remanded to state court as soon as possible. In support of this Notice of Non-Opposition, Defendants would show the Court the following:

### I.

### DEFENDANTS DO NOT OPPOSE THE MOTION TO REMAND

1. On March 25, 2002, Defendants Aetna U.S. Healthcare Inc., Aetna U.S. Healthcare

---

[1] The following Defendants join in this Notice of Non-Opposition to Plaintiffs' Motion For Remand: Texas Mutual Insurance Company, Zurich American, Combined Independent Agencies, Gates McDonald, TIG Insurance Company, Fireman's Fund Insurance Company, Sentry Insurance, Safeco, AIG Claims Services, AIG National Insurance Company, The Insurance Company for the State of Pennsylvania, Texas Municipal League Intergovernmental Risk Pool, Texas Association of School Boards Risk Management Fund, CNA Lloyds of Texas, Inc., RSKCo., Inc., Continental Casualty Co., Travelers Indemnity Company of Connecticut, Federal Insurance Company, EBI Cos., Inc., Royal SunAlliance, Service Lloyds Insurance Company, Cuna Mutual Insurance Society, Florists Mutual Insurance Co., Hartford Accident & Indemnity, Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, Hartford Life & Accident, and Hartford Lloyd's Insurance Co.

of North Texas Inc., and Aetna Health Management (the "Aetna Defendants") served their Notice of Removal. The Aetna Defendants removed the case to this Court under ERISA (the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001) alleging a "federal question" that permitted removal jurisdiction. On April 2, 2002, Plaintiffs dismissed their claims against the Aetna Defendants, and on April 3, 2002, this Court entered an order dismissing the Aetna Defendants from the case. Plaintiffs have now moved to remand this case to state court arguing that "no remaining cause gives rise to federal jurisdiction." Plaintiffs' Motion For Remand, ¶ 4. Defendants agree that this case should be remanded to state court as soon as possible.

2. The law is clear that a federal district court, in its discretion, may remand supplemental state law claims when it has dismissed the claims that provide the basis for original jurisdiction. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 352, 108 S.Ct. 614, 98 L.Ed.2d 720 (1988); *Giles v. NYLCare Health Plans, Inc.*, 172 F.3d 332 (5th Cir. 1999); *see also McClelland v. Gronwaldt*, 155 F.3d 507, 520 (5th Cir. 1998) (reiterating that "'[g]iven the discretion vested in the court to remand pendent state-law claims to state court, we believe that the intent of Congress--that, whenever feasible, state workers' compensation claims be resolved in state court--favors remand to state court'"). In light of the dismissal of the Aetna Defendants – and the absence of any potential federal ERISA issue – this case should be remanded back to state court.

## II.

### DEFENDANTS DID NOT CONSENT TO REMOVAL

3. In addition to the foregoing, this case should be remanded because the Aetna Defendants did not obtain the consent of *any* of their co-defendants to removal of this case to federal court. As this Court knows, removal requires the consent of all of the defendants. *See, e.g., Chicago, R.I. &*

*P.R. Co. v. Martin*, 178 U.S. 245, 248, 20 S.Ct. 854, 855, 44 L.Ed. 1055 (1900); 14A Charles Alan Wright, Arthur R. Miller, & Edward H. Cooper, FEDERAL PRACTICE AND PROCEDURE § 3731, at 504 (2d ed.1985) ("all of the defendants in the state court action must consent to the removal and the notice of removal must be signed by all of the defendants, although other forms of acknowledging consent may be acceptable to the federal court"). Consent is necessary even when only one defendant has the right to remove. *Doe v. Kerwood*, 969 F.2d 165, 166 (5th Cir. 1992) (removing party must obtain consent of co-defendants under general removal statute § 1441); *Castrillo v. City of New York*, 19 F.Supp.2d 174 (S.D.N.Y.1998) (federally chartered corporation sued together with other defendants did not have a right to remove absent joinder of others); *Ferguson v. Keokuk Area Hosp.*, 992 F.Supp. 1095, 1096 (D. Iowa 1997) (consent of all defendants required despite contention of Red Cross that charter conferred power to remove any action brought against it).

4.  Failure of all defendants to join in the removal justifies remand for procedural defects. *See, e.g., Matter of Amoco Petroleum Additives Co.*, 964 F.2d 706 (7th Cir. 1992) (failure of all defendants to join justified remand for procedural defects, despite defendant's attempt subsequently to invoke statute implementing arbitration proceedings that might have allowed removal by fewer than all defendants). The failure of the Aetna Defendants to secure the consent of their co-defendants in removing this case to federal court renders the removal procedurally defective and justifies remand.

WHEREFORE, PREMISES CONSIDERED, Defendants named herein respectfully request that this Court remand this case to the 107th Judicial District Court, Cameron County, Texas.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
Catherine L. Hanna
State Bar No. 08918280
Southern District I.D. No. 13577
David L. Plaut
State Bar No. 16066030
Southern District I.D. No. 13353
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

AND

WILLETTE & GUERRA, L.L.P.

Suite 460, International Plaza
3505 Boca Chica Boulevard
Brownsville, Texas 78521-4086
Telephone:   (956) 541-1846
Facsimile:   (956) 541-1893

By: _____
Charles Willette, Jr.
Southern District I.D. No. 1937

ATTORNEYS FOR DEFENDANTS
LIBERTY MUTUAL INSURANCE CO. AND
EMPLOYERS INSURANCE OF WAUSAU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to the following counsel of record on this _____ day of _____, 2002 to:

| | | |
|---|---|---|
| William Maxwell<br>Keith T. Gilbert<br>Post Office Box 1984<br>Houston, Texas 77251 | *Via Certified Mail* | James L. Sowder<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>200 Crescent Court, 11th Floor<br>Dallas, Texas 75201-1853<br>*Counsel for Defendant Zurich American, Gates McDonald, TIG Insurance Company, Fireman's Fund Insurance Company, Sentry Insurance, and Safeco* |
| and | | |
| Reynaldo G. Garza, III<br>680 East St. Charles, Suite 120<br>Brownsville, Texas 78520 | *Via Certified Mail* | |
| | | Rene O. Oliveira<br>Roerig Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>*Counsel for Defendant Zurich American, Gates McDonald, TIG Insurance Company, Fireman's Fund Insurance Company, Safeco, and AIG National Insurance Company and The Insurance Company for the State of Pennsylvania* |
| and | | |
| Ernesto Gamez Jr.<br>777 E. Harrison<br>Brownsville, TX 78520-7118 | *Via Certified Mail* | |
| and | | |
| Ethan L. Shaw<br>Everett Sanderson<br>John P. Cowart<br>Moore Landrey, L.L.P.<br>390 Park Street, Suite 500<br>Beaumont, Texas 77701 | *Via Certified Mail* | Jeffrey D. Roerig<br>Roerig Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8718<br>*Counsel for Defendant Texas Municipal League Intergovernmental Risk Pool and Texas Association of School Boards Risk Management Fund* |

James A. Holmes
Wellborn, Houston, Adkison, Mann,
Sadler & Hill, L.L.P.
Post Office Box 1109
Henderson, Texas 75653-1109

Robert B. Wellenberger
Thompson, Coe, Cousins & Irons, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
*Counsel for Defendants AIG National Insurance Company and The Insurance Company for the State of Pennsylvania*

and

R. Stephen Woodfin
Post Office Box 1638
Kilgore, Texas 75663

John C. Wander
Brian E. Robison
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975

*Counsel for Plaintiffs*

Peter M. Schenkkan
Eric Behrens
Graves, Dougherty, Hearon & Moody
515 Congress Ave., Suite 2300
Austin, Texas 78701

and

Ruben Pena
222 W. Harrison St.
Post Office Box 530160
Harlingen, Texas 78550
*Counsel for Defendant CNA Lloyds of Texas, Inc., RSKCo., Inc., and Continental Casualty Co.*

and

Mike Mills
Atlas & Hall, L.L.P.
818 Pecan Avenue
Post Office Box 3725
McAllen, Texas 78502-3725
*Counsel for Defendant Texas Mutual Insurance Company f/k/a the Texas Workers Compensation Insurance Fund*

**Defendants' Notice of Non-Opposition to Plaintiffs' Motion For Remand**
**Page 5**

Mark C. Roberts, II
Henslee, Fowler, Hepworth & Schwartz
6688 North Central Expressway, Suite 850
Dallas, Texas 75206-3913
*Counsel for Defendant Combined Independent Agencies, Inc.*

Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
*Counsel for Defendant Travelers Indemnity Company of Connecticut*

Sara Scribner
Christopher Livingston
Office of the Texas Attorney General
Post Office Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant University of Texas at Austin*

Keith O'Connell
Alex Aguirre
O'Connell & Benjamin, L.L.P.
153 Treeline Park, Suite 200
San Antonio, Texas 78209
*Counsel for Defendant Atlantic Mutual Insurance Co.*

Jerry Shiely
Thornton, Summers, Biechlin Dunham & Brown, L.C.
10100 Reunion Place, Suite 300
San Antonio, TX 78216-5555
*Counsel for Defendant GAB Robins North America, Inc.*

Brett T. Reynolds
Blakeley & Reynolds
1250 Northeast Loop 410
San Antonio, TX 78209
*Counsel for Defendant Crawford & Co.*

Richard South
Wright & Greenhill P.C.
221 West 5th Street, Suite 1800
Austin, Texas 78701
*Counsel for Defendants EBI Cos., Inc. and Royal SunAlliance*

Patrick C. Appel
Adams & Reese, L.L.P.
1221 McKinney, Suite 4400
Houston, Texas 77010
*Counsel for Defendant Gallagher Bassett Insurance Co.*

Veronica Czuchna
Jordan & Carmona, P.C.
1801 S. Mopac Expressway, Ste. 220
Austin, Texas 78746
*Counsel for Defendants Kemper Casualty Insurance Co., Kemper Employers Insurance Co., Kemper Independence Insurance Co., and Kemper Lloyd's Insurance Co.*

Dean G. Pappas
Ford Hamilton
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Paula Insurance Company*

Scott C. Skelton
Zeleskey, Cornelius, Hallmark, Roper & Hicks, L.L.P.
P.O. Drawer 1728
Lufkin, Texas 75902-1728
*Counsel for Defendant American Interstate Insurance Co.*

Charles Frigerio
Hector Saenz
Law Offices of Charles Frigerio
111 Soledad Street, Suite 840
San Antonio, TX 78205
*Counsel for Defendant Cunningham Lindsey Claims Management, Inc.*

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Post Office Box 3509
Brownsville, TX 78523-3509
*Counsel for Defendant Berkley Risk Administrators of Texas, Inc.*

Jack W. Latson
Flahive, Ogden & Latson
Attorneys at Law, P.C.
505 West 12th Street
Post Office Drawer 13367
Austin, Texas 78711
*Counsel for Defendant Advantage Workers' Compensation Insurance Company*

Edward Tuddenham
1203 Newning Ave.
Austin, Texas 78704
*Counsel for International Solutions, LLC*

David J. Healey
Dolores Cavatore
Weil, Gotshal & Manges, L.L.P.
700 Louisiana, Suite 1600
Houston, Texas 77002
*Counsel for Defendants Hartford Accident & Indemnity, Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, Hartford Life & Accident, and Hartford Lloyd's Insurance Co.*

Michael Phillips
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Highlands Insurance Company*

David B. Edwards
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
*Counsel for Defendant Sierra Insurance Company*

Paul K. Nesbitt
Kelly, Sutter & Kendrick
3050 Post Oak Blvd. Suite 200
Houston, Texas 77056-6570
*Counsel for Defendant CAS Claims Administrative Services, Inc.*

Anthony Icenogle
DeLeon, Boggins & Icenogle, P.C.
221 West 6th Street, Suite 1050
Austin, Texas 78701
*Counsel for Defendant Service Lloyds Insurance Company*

Kevin T. Crocker
David T. Moran
Jackson Walker L.L.P.
901 Main Street, Ste. 6000
Dallas, Texas 75202
*Counsel for Federal Insurance Company*

David Schubert
Blake Evans
Arter & Hadden, L.L.P.
1717 Main Street, Suite 4100
Dallas, Texas 75201-4605
*Counsel for Defendant Cuna Mutual Insurance Society*

Stephen K. Yungblut
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
*Counsel for Defendant American Risk Fund Insurance*

Bradley D. McClellan
Assistant Attorney General
Tort Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
*Counsel for Defendant State Office of Risk Management*

Steve Backhaus
Lewis & Backhaus, PC
12850 Spurling Drive Suite 210
Dallas, Texas 75230
*Counsel for Defendant Colonial Casualty Insurance Company*

/s/ David L. Plaut
David L. Plaut