UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT S. HOWELL, D.C. § | |
| ET AL., § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-056 |
| § | |
| § | |
| TEXAS MUTUAL INSURANCE CO., § | |
| ET AL., § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND

BE IT REMEMBERED that on April 16, 2002, came on to be heard Plaintiffs' Motion for Remand and Defendants' Notice of Non-Opposition to Plaintiffs' Motion for Remand. The Court after examining the pleadings on file is of the opinion and finds that Plaintiffs' Motion for Remand should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that this cause be remanded to the 107th Judicial District Court in Cameron County, Texas, under cause number 2001-12-5152-A. A copy of this order shall be sent to all counsel of record by the clerk.

Signed this _16th_ day of _April_, 2002.

UNITED STATES DISTRICT JUDGE